UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CAROL CLARKSON, *et al*,

        Plaintiffs,

        v.

BOYCE HYDRO POWER, LLC; *et al*,

        Defendants.

No. 1:20-cv-11288-TLL-PTM

Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## STIPULATION FOR DISMISSAL OF LEE W. MUELLER AS CO-TRUSTEE

IT IS HEREBY STIPULATED by and between the parties, that based upon United States Bankruptcy Judge Daniel S. Opperman's orders and notice in Case No. 20 -21214 (Doc Nos. 488, 489, and 491), which are attached to this stipulation, Plaintiffs' claims against LEE W. MUELLER, as co-trustee of WILLIAM D. BOYCE TRUST 2350, WILLIAM D. BOYCE TRUST 3649, and WILLIAM D. BOYCE TRUST 3650 are dismissed without prejudice and without costs to any party.

Respectfully Submitted,

Dated: April 20, 2021

s/Jessica H. Meeder
Jessica H. Meeder
FEGAN SCOTT LLC
1200 G. Street NW, Suite 800
Washington, DC
Ph: 202-921-6007
jessica@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Fl.
Chicago, IL 60606
Ph: 312-741-1019
beth@feganscott.com

Emily Peacock
OLSMAN MACKENZIE PEACOCK
& WALLACE, P.C.
2684 W. Eleven Mile Road
Berkley, MI 48072
Ph: 248-591-2300
epeacock@olsmanlaw.com

**Attorneys for Plaintiffs**

Dated: April 20, 2021

s/Thomas R. Schrimpf
Thomas R. Schrimpf
Andrew P. Trevino
HINSHAW & CULBERTSON LLP
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Ph: 414-276-6464
tschrimpf@hinshawlaw.com
aptrevino@hinshawlaw.com

2

1033586\307892597.v1

Steven M. Potter
POTTER, DEAGOSTINO, O'DEA &
CLARK
2701 Cambridge Court, Suite 223
Auburn Hills, MI  48326
Ph:  248-377-1700
spotter@potterlaw.com

***Attorneys for Boyce Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send the notification of such filing to counsel of record.

By:   *s/Thomas R. Schrimpf*
Thomas R. Schrimpf

3

1033586\307892597.v1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-21214 |
| | ) | |
| BOYCE HYDRO, LLC, *et al.* | ) | (Joint Administration Requested) |
| | ) | |
| Debtors.[1] | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Daniel S. Opperman |

**ORDER APPROVING DEBTORS' MOTION TO (I) APPROVE**
**COMPROMISE AND SETTLEMENT AGREEMENT; (II) AUTHORIZE**
**AND DIRECT THE DEBTOR TO ENTER INTO AND PERFORM UNDER**
**SETTLEMENT AGREEMENT; (III) ENJOIN CERTAIN THIRD-PARTY**
**CLAIMS AS NEEDED TO EFFECTUATE THE SETTLEMENT;**
**AND (IV) GRANT RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "*Debtors*")[2] having filed their *Motion to (i) Approve Compromise and Settlement Agreement; (ii) Authorize and Direct the Debtor to Enter into and Perform Under Settlement Agreement; (iii) Enjoin Certain Third-Party Claims as Needed to Effectuate the Settlement; and (iv) Grant Related Relief* [Doc. No. 32] (the "*Settlement Motion*") which seeks approval of a settlement agreement, the final form of which is filed with the Court at Doc. No. 458 (the "*Settlement Agreement*"), this

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

[2]     Undefined capitalized terms used herein shall have the meanings ascribed to them in the Settlement Agreement.

Court having entered its *Order Approving Form and Manner of Notice of Insurance Settlement* [Doc. No. 88] (the "*Settlement Procedures Order*") approving the form and manner of notice provided by the Debtors in connection with the Settlement Motion and the transactions contemplated thereby; the Court having conducted a hearing ("*Hearing*") on the Settlement Motion and having conducted numerous prior hearings on the Settlement Motion and the procedures by which the Settlement Motion was vetted by parties in interest; notice of the Settlement Motion and the Hearing having been given in accordance with the Settlement Procedures Order, thereby affording all interested parties an opportunity to be heard with respect to the Settlement Motion; the appearances of interested parties wishing to be heard on the Settlement Motion, if any, having been duly noted in the record of the Hearing; the Court having reviewed and considered the Settlement Motion, all briefs, declarations and documents submitted by the Debtors in support thereof, all responses in support of and objections to the Settlement Motion submitted by interested parties, if any, and the arguments made by counsel and the evidence proffered or adduced at the Hearing, if any; the Court having determined that granting the relief requested in the Settlement Motion, including approving the Settlement Agreement, authorizing and directing the Debtor to enter into and perform under the Settlement Agreement, and enjoining certain claims against the Insurers (as defined in the Settlement Agreement) and three individual "Released Parties" in order to effectuate the

Settlement Agreement, is in the best interests of the Debtors, the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and good and sufficient cause appearing therefore;

IT IS HEREBY FOUND, DETERMINED AND CONCLUDED THAT:

A.     The findings of fact and conclusions of law set forth herein constitute the Court's combined findings of fact and conclusions of law pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), made applicable to this proceeding pursuant to Bankruptcy Rule 9014.

B.     The Court has jurisdiction over the Settlement Motion pursuant to 28 U.S.C. §§ 157 and 1334. It is necessary and appropriate for the Court to retain jurisdiction to, among other things, interpret and enforce the terms and provisions of the Settlement Agreement and this Order and, if necessary, to adjudicate any and all disputes arising out of or relating to or in any way involving the Settlement Agreement or this Order.

C.     This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

D.     Venue of this case and the Insurance Settlement Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

E.      The statutory predicates for the relief sought in the Settlement Motion are sections 105(a) and 363(b) of title 11 of the United States Code (the "*Bankruptcy Code*") and Bankruptcy Rules 2002(a), 6004(a), 9014, and 9019(a).

F.      This Order constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a). Notwithstanding Bankruptcy Rule 6004(h), this Order shall not be stayed but shall be effective immediately.

G.      The Debtors provided notice of the Settlement Motion in accordance with the Settlement Procedures Order, and the Court finds that such notice was proper, timely, adequate, and sufficient under the circumstances and provided all interested parties with a reasonable opportunity to be heard with respect to the Settlement Motion. No other or further notice of the Settlement Motion, the Hearing, or this Order is necessary or shall be required.

H.      The Debtors' rights under the Insurance Policies constitute property of the Debtors' estates pursuant to 11 U.S.C. § 541(a).

I.      The Policy Limits constitutes the limits of liability of the Insurance Policies that are applicable to Claims against the Debtors and that provide coverage to the Debtors for Covered Claims.

J.      Holders of Covered Claims are adequately protected by the terms of the Settlement Agreement as such Holders may assert their Covered Claims with equal force and effect against the Liquidating Trust, which will be the beneficiary of the Policy Limits as contemplated in the Settlement Agreement.

K.      The payments to be made by the Insurers under the Settlement Agreement (paying the Policy Limits and, in the case of Federal, paying the

Administrative Expense Contribution) shall be in full and final exhaustion of the Policy Limits and shall extinguish each Insurer's obligations under the Insurance Policies, and such payments shall be deemed to be made in good faith.

L.      The Administrative Expense Contribution and Policy Limits payments the Insurers are obligated to make under the Settlement Agreement shall be the sole obligations the Insurers will have on account of any and all Claims of any kind made under or related to the Insurance Policies (whether arising from the Dam Breaches or otherwise) and the consideration the Insurers are providing is equal to or greater than the fair value of the Debtors' interests in the Insurance Policies.

M.      The Settlement was negotiated and has been entered into by the Parties in good faith, from arm's length bargaining positions, with the advice of counsel, and without fraud or collusion.

N.      The transfers contemplated by the Settlement Agreement constitute transfers for reasonably equivalent value, in good faith and fair and adequate consideration under the Bankruptcy Code and other applicable non-bankruptcy law.

O.      Neither the Settlement Agreement nor the transfers contemplated by the Settlement Agreement are subject to avoidance pursuant to Article 5 of the Bankruptcy Code or other applicable non-bankruptcy law.

P.    The Debtors have demonstrated sound business justifications for entering into and consummating the transaction contemplated by the Settlement Agreement and the Settlement Motion.

Q.    The Settlement is fair and equitable and falls above the lowest point on the range of reasonableness because, among other things, the Settlement brings the Policy Limits into the Liquidating Trust without the need for litigation, it avoids the costs, risk, and (for creditors) delay that would be engendered by litigation over liability and potentially over collection, the Settlement should minimize the amount of attorneys' fees, such as contingency fees, that creditors will be forced to incur, the Settlement will minimize costs for the Debtors' estates and in fact provides funding for the Chapter 11 Cases via the Administrative Expense Contribution, the Settlement provides for a mechanism – via the Liquidating Trust – for proceeds to be efficiently disbursed to creditors and / or for additional claims to be pursued for their benefits, and as a result of the foregoing, the Settlement serves the paramount interest of the affected creditors.

R.    The Settlement is the product of, and the decision to enter into the Settlement Agreement represents, the sound exercise of the Debtors' business judgment.

S.    The Settlement is in the best interests of the Debtors, the Debtors' estates, their creditors and other parties in interest.

NOW THEREFORE, BASED UPON THE FOREGOING FINDINGS OF FACT, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, EFFECTIVE IMMEDIATELY, THAT:

1.      The Settlement Motion is GRANTED.

2.      For the reasons set forth herein and in the record of the Hearing, all objections to the Settlement Motion or the relief requested therein or to the entry of this Order that have not been withdrawn, waived, or otherwise resolved, are overruled in their entirety.

3.      Notice of the Hearing was fair and adequate under the circumstances and complied in all respects with the Bankruptcy Code and applicable Bankruptcy Rules.

4.      The Settlement Agreement and the consideration provided under the Settlement Agreement is fair and reasonable.

5.      The Settlement Agreement, as the same has been amended and filed at Docket No. 458 in the Chapter 11 Cases, and all of the terms and conditions thereof, is APPROVED.

6.      The Parties are authorized and directed (a) to enter into and perform under the Settlement Agreement, (b) to take all steps necessary to consummate the Settlement and implement the terms of the Settlement Agreement, and, in furtherance thereof, (c) to take such actions and to enter into, execute, deliver, and

perform under such additional instruments and documents as reasonably may be necessary or desirable to consummate the Settlement and implement the terms of the Settlement Agreement and this Order.

7.      The payments to be made by the Insurers under the Settlement Agreement (paying the Policy Limits and providing the Administrative Expense Contribution) shall be in full and final exhaustion of the Policy Limits and shall extinguish each Insurer's obligations under the Insurance Policies, and such payments shall be deemed to be made in good faith.

8.      The Administrative Expense Contribution and Policy Limits payments the Insurers are obligated to make under the Settlement Agreement shall be the sole obligations the Insurers will have on account of any and all Claims of any kind made under or related to the Insurance Policies (whether arising from the Dam Breaches or otherwise) and the consideration the Insurers are providing is equal to or greater than the fair value of the Debtors' interests in the Insurance Policies.

9.      The Plan Releases and Injunctions in favor of the Insurers and Released Parties are hereby approved, and all provisions of the Liquidating Plan that are contingent on approval of the Settlement Agreement are approved and shall hereinafter become effective upon entry of this order and the Confirmation Order.

For the sake of clarity, Lee Mueller is not granted a release under the Plan, Order Confirming Debtors' Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation, or this Order.  Further, no release or injunction is granted in favor of any governmental or quasi-governmental entities under the Plan, Order Confirming Debtors' Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation, or this Order.  Subject to the automatic stay and Plan injunctions, creditors and other parties shall remain free to pursue and continue to pursue parties not released by the Plan, including, without limitation, for damages relating to the Dam Breaches.

10.     None of the Parties, nor the holder of any Claim, nor any subsequently appointed trustee or estate representative of, or for, the Debtor or the Debtor's estate, shall take any action to prevent, interfere with or otherwise enjoin consummation of the transactions contemplated in or by the Settlement Agreement or this Order.

11.     All Persons or entities holding or potentially holding a Claim against the Insurers arising under or relating to the Insurance Policies are permanently and forever barred, estopped, stayed and enjoined from: (i) pursuing any such Claim against the Insurers; (ii) continuing or commencing any action or other proceeding with respect to any such Claim against the Insurers; (iii) seeking the enforcement, attachment, collection or recovery of any judgment, award, decree, or order against the Insurers or any property of the Insurers with respect to any such Claim; (iv) creating, perfecting, or enforcing any encumbrance of any kind

against the Insurers or any property of the Insurers with respect to any such Claim; and / or (v) asserting any right of setoff, subrogation, or recoupment of any kind against any obligations due to the Insurers with respect to any such Claim.

12.     Notwithstanding the breadth of the foregoing release language or any other language or release herein or in any document approving this Agreement, the agreement shall not release the Insurers' obligations, if any, to cover and / or defend Insured Parties in connection with claims asserted by the State of Michigan  for freshwater mussel deaths and/or otherwise affecting the "ecosystem" of the Wixom Reservoir that allegedly occurred in policy years 2018 and 2019, as reflected in Federal Case No. 2:20-cv-00520 (W.D. MI) (the "*Mussel Death Claims*"). The Insurance Companies do not waive, and expressly preserve, the right to argue that the Mussel Death Claims are not covered under the Insurance Policies. The Insured Parties do not waive, and expressly preserve, the right to argue that the Mussel Death Claims are covered under the Insurance Policies.

13.     The Settlement Agreement and this Order, including without limitation the Plan Releases and the Injunctions benefitting the Insurers and Released Parties, shall be binding in all respects upon, and shall inure to the benefit of, the Debtor, their estates, any successors thereto (including without limitation any trustee in bankruptcy, liquidating trustee, or other estate representative), the Claimants and all parties in interest in this case, the Insurers, the Released Parties, and each of the their

respective affiliates, members, officers, directors, trustees, beneficiaries, successors and permitted assigns, and any affected third parties, notwithstanding any subsequent appointment of any trustee(s) under any chapter of the Bankruptcy Code or any trustee(s), receiver(s) or similar person(s) under applicable non-bankruptcy law, as to which trustee(s), receiver(s) and person(s) such terms and provisions likewise shall be binding.

14.     This Court retains and shall have exclusive jurisdiction: (a) to interpret and enforce the terms and provisions of the Settlement Agreement and this Order, (b) to adjudicate any and all disputes arising out of or relating to or in any way involving the Settlement Agreement or this Order; and (iii) to implement the terms and provisions of the Settlement Agreement, any amendments thereto, any waivers and consents thereunder, and any agreements executed in connection therewith.

15.     The failure specifically to include or reference any particular provisions of the Settlement Agreement in this Order shall not diminish or impair the effectiveness of such provisions, and the Settlement Agreement and each and every provision thereof is, by this Order, authorized and approved in its entirety.

16.      This Order shall be effective immediately upon entry and shall not be stayed pursuant to Bankruptcy Rule 6004(h) or any other applicable Bankruptcy Rule or Local Rule of this Court.

**Signed on February 25, 2021**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

| | | |
|---|---|---|
| In re: | ) | Case No. 20-21214 |
| | ) | |
| BOYCE HYDRO, LLC, *et al.* | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Daniel S. Opperman |

**NON-CONSENSUAL ORDER CONFIRMING DEBTORS'
FOURTH MODIFIED JOINT CONSOLIDATED
CHAPTER 11 PLAN OF LIQUIDATION**

This matter before the Court is the Debtors' *Fourth Modified Joint Consolidated Chapter 11 Plan of Liquidation* filed on February 23, 2021 [Docket No. 481] (the "*Plan*")[2]; the Court, having considered (a) the Plan; (b) the *Debtors' Motion to (I) Approve Compromise and Settlement Agreement; (II) Authorize and Direct the Debtor to Enter into and Perform Under Settlement Agreement; (III) Enjoin Certain Third-Party Claims as Needed to Effectuate the Settlement; and (IV) Grant Related Relief* [Docket No. 32] (the "*Settlement Motion*") seeking, *inter alia*, approval of a settlement agreement (the "*Settlement Agreement*") with the Debtors'

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Boyce Hydro, LLC (6694), Case No. 20-21214 and (ii) Boyce Hydro Power, LLC (3034), Case No. 20-21215.

[2]    All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

liability insurance carriers (the "*Insurer Parties*"); (c)  objections to the Plan and Settlement Agreement filed by (i) certain insurance companies that are holders of Covered Subrogation Claims (*see* Docket No. 440 and associated joinders at Docket Nos. 442 and 449) (the "*Subrogation Objections*") and (ii) the Office of the United States Trustee (the "*UST*") filed at Docket No. 453 (the "*UST Objection*"; and together with the Subrogation Objections, the "Objections"); and (d) the responses filed to the Objections and the other pleadings and documents filed in support of the Plan and Settlement Agreement; and the Court having considered the testimony introduced and heard the arguments from parties at the hearing on confirmation held on February 19, 2021 (the "*Confirmation Hearing*"); the Court sets forth the following Findings of Fact, Conclusions of Law, and Order:

## **FINDINGS OF FACT**

A.      Any findings of fact herein that may be deemed to be conclusions of law shall be treated as conclusions of law, and any conclusions of law herein that may be deemed to be findings of fact shall be treated as findings of fact.

B.      The Plan meets all the requirements of 11 U.S.C. §1129(a), except §1129(a)(8), which the Court finds is not required because the Plan is fair and equitable and does not unfairly discriminate within the meaning of 11 U.S.C. § 1191(b).

C.      The Plan meets all the requirements of 11 U.S.C. §1129(b), to the extent such requirements are made applicable to these Chapter 11 Cases by 11 U.S.C. § 1191.

D.      The Court finds and observes that while most Classes under the Plan are deemed to reject, all objections to confirmation of the Plan have been resolved.

E.      The overwhelming weight of the evidence warrants confirmation.

F.      The Plan complies with the applicable provisions of the Bankruptcy Code as required by 11 U.S.C. §1129(a)(1).  Among other things:

1.      The Court finds that the release provisions required under the Settlement Agreement are appropriate, necessary to effectuate the Plan, and based on the facts and circumstances of these cases not in conflict with the provisions of the Bankruptcy Code.

2.      The Plan proponents have complied with the applicable provisions of the Bankruptcy Code, as required by 11 U.S.C. §1129(a)(2).

3.      The good faith requirement of §1129(a)(3) has been satisfied based on the totality of the circumstances. The Plan offers a result consistent with the purposes of Chapter 11 and is supported by the trustee appointed in accordance with 11 U.S.C. § 1183.

4.      The Plan complies with 11 U.S.C. § 1123(a)(4).

5.      To the extent possible, the Plan discloses the identity and affiliations of any individual who, after confirmation, will serve as a director, officer, or voting trustee of the Debtor, any affiliate of the Debtor participating in a joint plan, or a successor to the Debtor. The service of such individuals is consistent with the interests of creditors and the Debtors' stakeholders. As of the Effective Date, the Liquidating Trustee shall be Scott Wolfson,

3

of Wolfson Bolton PLLC.  Accordingly, the Plan satisfies the requirements of Bankruptcy Code § 1129(a)(5).

6.   Bankruptcy Code § 1129(a)(6) is inapplicable to the Plan.

7.   The evidence (including the Debtors' Liquidation Analysis) shows that each Class under the Plan is receiving not less than such Class would have received if the Debtor were liquidated under chapter 7 of the Bankruptcy Code. Accordingly, the Plan satisfies the requirements of 11 U.S.C. § 1129(a)(7).

8.   The one class of creditors permitted to vote on the Plan has accepted the Plan. Though the Plan does not comply with the requirements of 11 U.S.C. § 1129(a)(8), confirmation is alternatively available through 11 U.S.C. § 1191(b) because the Plan is fair and equitable and does not discriminate unfairly with respect to any Class therein.

9.   The Plan complies with the requirements of 11 U.S.C. § 1129(a)(9).  Pursuant to the Plan, as modified, all claims covered in 11 U.S.C. § 1129(a)(9) will be paid in full on the Effective Date of the Plan or as soon thereafter as practicable.

10.  Bankruptcy Code § 1129(a)(10) is inapplicable to the Plan, as these Chapter 11 Cases are proceeding under Subchapter V of the Bankruptcy Code. Nonetheless, the Court notes that at least one class of impaired creditors, Byline Bank (Class 2), has accepted the Plan.

11.  Confirmation of the Plan is not likely to be followed by the liquidation or need for further financial reorganization of the Debtors, as required by 11 U.S.C. § 1129(A)(11).

12.  The Plan provides that all fees payable under 28 U.S.C. § 1930 will either be paid (i) by the Debtors prior to the Effective Date; or (ii) by the Liquidating Trustee if not paid prior to the Effective Date. Therefore, the Court finds that the Plan meets the requirements of section 1129(a)(12) of the Bankruptcy Code.

13.    Bankruptcy Code §§ 1129(a)(13)-(16) are inapplicable to the Plan.

G.    In sum, the Court finds the overwhelming weight of the evidence, including based on the facts adduced from the written testimony and evidence and exhibits submitted in connection with the Confirmation Hearing, as well as the Court's review of the Plan and exhibits and its knowledge of the Chapter 11 Cases, all support its finding that all elements of 11 U.S.C. §1129(a) have been satisfied, other than 11 U.S.C. §1129(a)(8).

H.    The Subchapter V Chapter 11 trustee has performed and completed the duties prescribed under 11 USC § 1183(b)(1), as well as the expanded duties required under § 1183(b)(2), as directed by this Court's Order dated September 11, 2020 [docket no. 174], except that the parties agree and the Court finds that the "statement of investigation" required by 11 USC § 1106(a)(4) (as incorporated by § 1183(b)(2)) is unnecessary.

## CONCLUSIONS OF LAW

Based on these Findings of Fact, the Court concludes:

A.    The Plan is confirmable, and other than 11 U.S.C. §1129(a)(8), all the required elements of 11 U.S.C. §§ 1129(a) and 1129(b) (to the extent made applicable by 11 U.S.C. § 1191) are satisfied.  To the extent that any Findings of Fact contain conclusions of law, they are incorporated herein.

5

B.      With respect to the proposed non-consensual third-party release provisions found in the Plan in favor of the Insurer Parties and the Insurance Settlement Released Parties (and as provided in the Settlement Agreement), the Court finds that, under the totality of the circumstances, the Plan satisfies the factors set forth in *Class Five Nevada Claimants v. Dow Corning Corp. (In re Dow Corning Corp.)*, 280 F.3d 648 (6th Cir. 2002). Among other things:

1.      There is an identity of interests between the Debtors and the Insurer Parties and the Insurance Settlement Released Parties;

2.      The Insurer Parties and the Insurance Settlement Released Parties are contributing substantial assets in furtherance of the Plan.

3.      The releases in favor of the Insurer Parties and the Insurance Settlement Released Parties are essential.

4.      The parties and Classes most impacted by the releases in favor of the Insurer Parties and the Insurance Settlement Released Parties overwhelmingly support the Plan and the Settlement Agreement.

5.      The Plan, via the Liquidating Trust Agreement, provides a mechanism to pay all or substantially all of the classes affected by the releases in favor of the Insurer Parties and the Insurance Settlement Released Parties.

6.      The Plan does not provide an opportunity for claimants who choose not to settle to recover in full. However, the Court finds that the failure to satisfy this factor is not dispositive under the facts and circumstances of these cases, where the Debtors are beset by mass tort claims and critical funding available to their creditors would not be possible without the releases in favor of the Insurer Parties and the Insurance Settlement Released Parties.

6

*See In re City of Detroit*, 524 B.R. 147, 174 (Bankr. E.D. Mich. 2014).

7.    The Court has made a record of its factual findings that support its conclusions.

## ORDER

WHEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

A.    The Plan is confirmed. The terms of the Plan are incorporated by reference into this Order as if fully set forth herein.

B.    Although the Court understands that all objections to the Plan have been resolved, to the extent any objections remain, they are hereby overruled and denied.

C.    All releases in the Plan, including the releases granted to the Insurer Parties, the Insurance Settlement Released Parties, and Byline and the other Released Parties granted releases in Article X.H of the Plan are specifically approved and incorporated herein by reference. No party, other than those specifically listed in the Plan as being released, shall be deemed released by the Plan. For the sake of clarity, Lee Mueller is not granted a release under the Plan, Insurance Settlement Approval Order, or this Order. Further, no release or injunction is granted in favor of any governmental or quasi-governmental entities under the Plan, Insurance Settlement Approval Order, or this Order. Subject to the automatic stay and Plan injunctions, creditors and other parties shall remain free to pursue and continue to

pursue parties not released by the Plan, including, without limitation, for damages relating to the Dam Breaches.

D.      The Debtors and the Liquidating Trustee are authorized to take or cause to be taken all actions necessary to implement and effectuate the provisions of the Plan.

E.      The consensual non-debtor substantive consolidation of Boyce Michigan, LLC, W.D. Boyce Trust 2350, W.D. Boyce Trust 3649, W.D. Boyce Trust 3650, and Smallwood Properties, LLC (the foregoing entities, the "*Consolidated Entities*") contemplated by the Plan is approved and shall be deemed to have occurred on the Effective Date.

F.      Pursuant to the Plan, on the Effective Date, all property, assets, and rights of the Debtors, the Consolidated Entities, and all of the HoldCo Assets contributed pursuant to the HoldCo Assignment Agreement shall vest in the Liquidating Trust and shall be free and clear of all claims and interests of creditors and equity security holders, except as expressly provided in the Plan.

G.      Pursuant to and subject to the terms of the Plan, on the Effective Date, all of the powers and duties of the Debtors shall vest in the Liquidating Trustee.

H.      Without limiting the generality of other provisions herein, if the Effective Date occurs prior to the Debtors having made all payments authorized under the final cash collateral order (Docket No. 475), the Liquidating Trustee shall

8

be authorized and directed to make such payments (to the extent necessary and appropriate and strictly in accordance with the budget approved by this Court in the final cash collateral order) from either of funds comprising Byline Bank's collateral transferred to the Liquidating Trustee from the DIP accounts (the "*Transferred Cash Collateral*") or the $150,000 Administrative Expense Contribution (as defined in the Insurance Settlement Agreement), which Administrative Expense Contribution shall be deemed to constitute Byline Bank's collateral for all purposes associated with the Plan. The Liquidating Trustee shall provide Byline Bank with notice and reporting regarding any expenditures of the Transferred Cash Collateral following the Effective Date.

I.      Pursuant to section 1146 of the Bankruptcy Code, the issuance, transfer, or exchange of any security, or the making, delivery, filing, or recoding of any instrument of transfer under the Plan may not be taxed under any law imposing a stamp tax or similar tax.

J.      Pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019 and in consideration for the classification, distributions, releases and other benefits provided pursuant to the Plan, on the Effective Date, the provisions of the Plan shall constitute a good faith compromise and settlement of all Claims, interests and controversies resolved pursuant to the Plan or relating to the contractual, legal and subordination rights that a Holder of a Claim or interest may have with respect

to any Claim or interest, or any Distribution to be made on account of such Claim or interest, which compromise and settlement is hereby approved. The releases, exculpation, and channeling injunction provisions provided in the Plan are enforceable according to their terms.

K. The Debtor (if pre-Effective Date) and / or Liquidating Trust (if post-Effective Date) shall file the required Monthly Operating Reports for December 2020 and January 2021 within 30 days of the entry of this Order. Following the Effective Date, the Liquidating Trustee shall file quarterly Post-Confirmation Reports (in each case within 20 days of the end of the associated quarter) until these cases have been closed by the Court or dismissed or converted to Chapter 7 cases.

L. The deadline for professionals and the Subchapter V Trustee to file fee applications shall be the Administrative Claims Bar Date (defined in the Plan as the date that is forty-five (45) days after the Confirmation Date).

M. Notwithstanding the fact that this case is being confirmed pursuant to 11 USC § 1191(b), the service of the Subchapter V, Chapter 11 trustee will terminate upon the earlier of: a. the Effective Date; or b. the appointment of the Liquidation Trustee, as provided for above.

N. The failure to reference or discuss any particular provision of the Plan herein shall have no effect on the validity, binding effect, and enforceability of such

10

provision, and such provision is incorporated herein and shall have the same validity, binding effect, and enforceability as every other provision of the Plan.

O.     Notwithstanding the entry of this Order confirming the Plan, the Court shall retain jurisdiction of all matters arising out of and related to the Debtors' Chapter 11 Cases and the Plan, including, but not limited to, jurisdiction to determine disputes arising in connection with the interpretation, implementation or enforcement of the Plan.

**Signed on February 25, 2021**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**

11

Form ntconfpV

111 First Street
Bay City, MI 48708

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **20−21214−dob**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
    Boyce Hydro, LLC
    10120 West Flamingo Road, Ste 4 #192
    Las Vegas, NV 89147

Social Security No.:

Employer's Tax I.D. No.:
    26−0416694

### NOTICE OF CONFIRMATION UNDER SECTION 1191(b) AND OPPORTUNITY TO OBJECT TO THE CLOSING OF THE CASE

To the Creditors of the above−named Debtor:

NOTICE IS HEREBY GIVEN that the Plan of Reorganization filed on 2/23/2021 was confirmed on 2/25/21 .

The Court will find that the estate has been fully administered and will enter a final decree closing the case in 60 days unless, within that time, an objection is filed. If an objection is filed, it will be set for hearing.

Dated: 2/25/21

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                                    Case No. 20-21214-dob
Boyce Hydro, LLC                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-1 | User: jkwia | Page 1 of 22 |
| Date Rcvd: Feb 25, 2021 | Form ID: ntconfpV | Total Noticed: 674 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Boyce Hydro, LLC, 10120 West Flamingo Road, Ste 4 #192, Las Vegas, NV 89147-8394 |
| 26825881 | + | 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26645779 | + | AAA MICHIGAN C/O MMCC xxx1874, 6324 TAYLOR DR, FLINT, MI 48507-4680 |
| 26604366 | + | AIS Construction Equipment, PO Box 253, Bridgeport, MI 48722-0253 |
| 26604363 | + | Able Diving Co., 448 E. Munger Rd, Munger, MI 48747-9785 |
| 26821915 | + | Affiliated FM Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26604364 | + | Affiliated Researchers LLC, 3585 North US 23, Oscoda, MI 48750-9529 |
| 26824985 | + | Agnes Kadlec, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26604365 | | Airgas, PO Box 734445, Chicago, IL 60673-4445 |
| 26824743 | + | Alan Adolph, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824726 | + | Alexander Muter and Richard Muter, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075, Southfield, MI 48075-2458 |
| 26821983 | + | Altman Management, LLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26604368 | + | American Express, PO Box 0001, Los Angeles, CA 90096-0001 |
| 26822012 | + | American Guarantee & Liability Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26856996 | + | American Select Insurance Company, Daniel Hogan, 500 Office Center Dr., #301, Fort Washington, PA 19034-3227 |
| 26822008 | + | American Strategic Insurance Corp., c/o Matthew F. Policastro, Philip T. Carroll, Cozen O'Connor, 123 N. Wacker Dr., Suite 1800 Chicago, IL 60606-1770 |
| 26825853 | + | Amy Blake, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826094 | + | Amy Haines and Gerry Haines, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825326 | + | Amy Turley, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26604369 | | Andy Urbaniak Inc., 2146 South M-18, Gladwin, MI 48624-9481 |
| 26825002 | + | Anita Lopez, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826182 | + | Ann Hilgendorf, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26825055 | + | Anthony Bax and Kelly Clark, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826721 | + | Antoinette and Gerald Dunikowski, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604370 | | Argus Industrial Company LLC, 16 West Huron, Pontiac, MI 48342-2100 |
| 26826717 | + | Arthur Dubay, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604371 | + | Att. Gen. ex. rel People of Mich., et al, Attn: Nathan A. Gambill, Attorney General's Office, P.O. Box 30755, Lansing, MI 48909-8255 |
| 26823161 | + | Auto Owners Insurance Company, 111 N. Wing Street, Northville, MI 48167-1410 |
| 26604372 | | Auto-Wares Group, 2284 Momentum Place, Chicago, IL 60689-5322 |
| 26604373 | + | Automatic Data Processing (ADP), 100 Northwest Point Blvd., Elk Grove Village, IL 60007-1018 |
| 26822014 | + | Axis Surplus Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26815629 | + | Azhar Karoumi, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26604374 | + | Bader & Sons Co., 500 N. Garfield Road, Linwood, MI 48634-9729 |
| 26604375 | + | Bank of America, N.A., Attn: Legal, Personal Operations Center, N. Tyron St., Charlotte, NC 28255-0001 |
| 26826652 | + | Barbara Huckins, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824855 | + | Barbara Johnson and Fred Johnson, 19390 W. 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825187 | + | Barbara Muirhead and Charles Muirhead II, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26815673 | + | Barbara Stevens, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26604376 | + | Batteries + Bulbs, 1600 S. Saginaw Rd, Midland, MI 48640-5634 |
| 26604377 | | Bay United Motors, Inc., PO Box 4738, Houston, TX 77210-4738 |
| 26604378 | + | Beaverton Outdoor Wood Furnace, 3032 Calhoun Rd, Beaverton, MI 48612-9775 |

District/off: 0645-1      User: jkwia      Page 2 of 22

Date Rcvd: Feb 25, 2021      Form ID: ntconfpV      Total Noticed: 674

| | | |
|---|---|---|
| 26604379 | + | Beaverton Security Excavating, Inc., 422 Glidden Road, PO Box 98, Beaverton, MI 48612-0098 |
| 26604380 | + | Berry Lake Consulting, LLC, 801 Arbutus Drive, Cadillac, MI 49601-9538 |
| 26604381 | + | Big R's Pump & Party, 4016 S M-30, Beaverton, MI 48612-9155 |
| 26604382 | + | Blue Cross Blue Shield of Michigan, 600 E. Lafayette Blvd, Detroit, MI 48226-2998 |
| 26604383 | + | Bob Longstreth, 3351 Guernsey, Beaverton, MI 48612-8638 |
| 26604384 | + | Borchard, et al., Attn: Jason J. Thompson, Sommers Schwartz, P.C., One Towne Square, 17th Floor, Southfield, MI 48076-3729 |
| 26821982 | + | Brandon T. Brown, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26821914 | + | Brandon T. Brown, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26825274 | + | Brenda Long, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825868 | + | Brent and Kathy Bonner, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825271 | + | Brett Moore and Tamara Clark-Moore, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824256 | + | Brian & Tina Talkington, 5536 Red Oak Road, Beaverton, MI 48612-8513 |
| 26825022 | + | Brian Bailey, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825334 | + | Brian Henry and Lindsey Henry, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826197 | + | Brian Hock and Tamara Hock, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824858 | + | Brian Lansing and Sandra Lansing, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824869 | + | Brian Lawler and Deborah Lawler, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26815653 | + | Brian Parent, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26825115 | + | Brooke and Jeffrey Kriebel, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606 |
| 26604385 | + | Brooks, et al., Attn: Jason J. Thompson, Sommers Schwartz, P.C., One Towne Square, 17th Floor, Southfield, MI 48076-3729 |
| 26604386 | + | Brooks, et al., Attn: Edward A. Wallace, Wexler Wallace, LLP, 55 W. Monroe St., Suite 3300, Chicago, IL 60603-5088 |
| 26604387 | + | Brooks, et al., Attn: Kara A. Elgersma, Wexler Wallace, LLP, 55 W. Monroe St., Suite 3300, Chicago, IL 60603-5088 |
| 26604389 | + | Brown LLC, 330 N. Ross St, PO Box 434, Beaverton, MI 48612-0434 |
| 26604388 | + | Brown Law PLC, 414 Townsend, Suite 201, Midland, MI 48640-5204 |
| 26824856 | | Bruce Lamb and Charlene Lamb, 19390 W. Ten Mile, Southfield, MI 48075-2463 |
| 26604390 | | Builders First Source, PO Box 74008835, Chicago, IL 60674-8835 |
| 26823644 | + | Byline Bank, David A. Hall, c/o Barnes & Thornburg LL, 171 Monroe Avenue NW, Suite 1000, Grand Rapids, MI 49503-2694 |
| 26604391 | + | Byline Bank, Attn: David A. Hall, Barnes & Thornburg LLP, 171 Monroe Ave. N.W., Suite 1000, Grand Rapids, MI 49503-2694 |
| 26604392 | | Byline Bank, P.O. Box 388439, Chicago, IL 60638-8439 |
| 26604397 | + | CC Power, LLC, PO Box 2028, Kalkaska, MI 49646-2028 |
| 26604398 | | CCP Industries, PO Box 73627, Cincinnati, OH 44193 |
| 26815618 | + | CDI Construction Group, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3007 |
| 26604393 | + | Cable, et al., Attn: Jonathan Marko, Marko Law, PLLC, 1300 Broadway Street, 5th Floor, Detroit, MI 48226-2202 |
| 26604394 | | Cable, et al., Attn: Matthew H. Morgan, Nichols Kaster, PLLP, 4600 IDS Center, 80 S. Eighth Street, Minneapolis, MN 55402 |
| 26822208 | + | Canopius Managing Agents Limited, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26604395 | + | Carl Allbee Excavating, 4758 Beaverton Rd, Beaverton, MI 48612-9738 |
| 26826107 | + | Carlos Campbell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824989 | + | Carol Kaweck, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26815670 | + | Carol Sieg, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26825835 | + | Carolyn Benko, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825372 | + | Cary Grezeszak, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825875 | + | Casey and Danielle Booth, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826650 | + | Cash Hubbard, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826115 | + | Catera Campbell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826623 | + | Catherine and Bert Cox, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826768 | + | Cathy Farrand, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26675333 | + | CenturyTel of Michigan, Inc., Centurylink Communications, LLC.-Bankrup, 1025 El Dorado Blvd (Attn: Legal-BKY), Broomfield, CO 80021-8254 |
| 26823875 | + | Certain Underwriters at Lloyd's, DNAPF006484-00, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823702 | + | Certain Underwriters at Lloyd's, MIFL00631003, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823804 | + | Certain Underwriters at Lloyd's, NCIP303385-2020, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823325 | + | Certain Underwriters at Lloyd's, NCIP407517-2019, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823322 | + | Certain Underwriters at Lloyd's, NCIP4275616-2019, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823843 | + | Certain Underwriters at Lloyd's, NCIP576330-2019, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823858 | + | Certain Underwriters at Lloyd's, NCIP616384, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823315 | + | Certain Underwriters at Lloyd's, NCIP648136-2019, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823391 | + | Certain Underwriters at Lloyd's, NCIP660734-2019, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI |

District/off: 0645-1   User: jkwia   Page 3 of 22
Date Rcvd: Feb 25, 2021   Form ID: ntconfpV   Total Noticed: 674

| | | |
|---|---|---|
| | | 48034-5531 |
| 26823616 | + | Certain Underwriters at Lloyd's, NCIP750302, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823624 | + | Certain Underwriters at Lloyd's, NCIP807996-2020, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823618 | + | Certain Underwriters at Lloyd's, NCIP823568, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823737 | + | Certain Underwriters at Lloyd's, NCIP844682-2020, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823802 | + | Certain Underwriters at Lloyd's, NCIP878669, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26823274 | + | Certain Underwriters at Lloyd's, VPC-CN0000010-05, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26825323 | + | Chad Toms as Trustee of the Toms Family Trust, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26824863 | + | Chadwick Larocque, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26815613 | + | Charles Borchard, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26826582 | + | Charles Colley, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826630 | + | Charles Cutcher, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824746 | + | Charles Ireland, II and Geraldine Ireland, 19390 W 10 Mile Rd., Southfield, MI 4807, Southfield, MI 48075-2458 |
| 26824779 | + | Charles Ireland, III, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824999 | + | Charles Kehoe, II, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825163 | + | Charles Kraemer and Nancy Kraemer, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825189 | + | Charles Muirhead, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824216 | + | Charles Reese, 783 Quillette Street, Beaverton, MI 48612-9191 |
| 26826773 | + | Charles and Kim Fegreus, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826765 | + | Charles and Randy Ewell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826032 | + | Cheryl Griffin and Michael Griffin, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826170 | + | Cheryl Hilbrandt, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26604400 | | Chris Muma Forest Products, PO Box 17, 1154 W First St, Gladwin, MI 48624-0017 |
| 26826199 | + | Chris and Darlene Christodolu, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825123 | + | Chris and Terry Miller, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606 |
| 26815628 | + | Christopher Ice, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26825281 | + | Christopher Mohn, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826180 | + | Cindy Hedrich and Jerry Hedrich, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825203 | + | Cindy Krol and Glenn Krol, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26822016 | + | Citizens Insurance Company of America, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26822024 | + | Citizens Insurance Company of Midwest, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26643858 | + | City of Midland, c/o City Attorney, 333 W. Ellsworth Street, Midland, MI 48640-5132 |
| 26825190 | + | Clark Kreutzberg and Catherine Kreutzberg, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26604403 | + | Clarkson, et al., Attn: Emily Peacok, 2684 West Eleven Mile Road, Berkley, MI 48072-3050 |
| 26604402 | + | Clarkson, et al., Attn: Elizabeth A. Fegan, Fegan Scott LLC, 150 S Wacker Dr., 24th Floor, Chicago, IL 60606-4103 |
| 26826662 | + | Clyde Hulett, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26604404 | + | Colburn, et al., Attn: Joseph G. Sauder, Sauder Schelkopf LLC, 1109 Lancaster Avenue, Berwyn, PA 19312-1296 |
| 26604405 | + | Colburn, et al., Attn: Matthew D. Schelkopf, Sauder Schelkopf LLC, 1109 Lancaster Avenue, Berwyn, PA 19312-1296 |
| 26825971 | + | Coleen Brooks, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604406 | + | Coleman Electric/Great Lakes Emergency P, 5474 N. Coleman Rd, PO Box 508, Coleman, MI 48618-0508 |
| 26826727 | + | Colleen Mulcahy, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825275 | + | Colleen and Roger Beaudoing, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26822025 | + | Conifer Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26825758 | + | Conrad Romanick, McAlpine PC, 3201 University Dr., Suite 200, Auburn Hills, MI 48326-2395 |
| 26604408 | | Cool Insuring Agency, PO Box 2153, Glens Falls, NY 12801-2153 |
| 26825285 | + | Corey Robinson, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26604409 | + | Country Hardware, 20 N Meridian Rd, Midland, MI 48640-8644 |
| 26825938 | + | Craige Brewster, Sr., 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26815624 | + | Crawford Insurance Agency, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3007 |
| 26604410 | + | Critical Power Products, 4140 W. Grange Ave., Post Falls, ID 83854-8025 |
| 26825023 | + | Cynthia Balhorn, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824994 | + | Cynthia Kehoe, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824632 | + | Dairyland Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26825848 | + | Dale and Jill Bischer, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825756 | + | Dana Ralko and Patty Ralko, McAlpine PC, 3201 University Dr., Suite 200, Auburn Hills, MI 48326-2395 |
| 26815620 | + | Daniel Clarey, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26856978 | + | Daniel Hogan, 500 Office Center Dr., #301, Fort Washington, PA 19034-3227 |

| | | |
|---|---|---|
| 26855128 | + | Daniel Hogan, 500 Office Center Dr., #301, Suite 301, Fort Washington, PA 19034-3227 |
| 26826868 | + | Daniel Malloy and Joanne Malloy, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825325 | + | Daniel Turley, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825138 | + | Dannielle Gratopp, c/o Michael J. Behm, Esq., 209 Schwartz Drive, 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826621 | + | Darin Corbat, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826715 | + | Darwin Magnus, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825861 | + | David Blumlo, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824447 | + | David Gallt & Paula Gallt, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458 |
| 26824457 | + | David Germain & Renee Germain, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458 |
| 26826217 | + | David Hogenson and Jill Hogenson, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26825755 | + | David Phillips, McAlpine PC, 3201 University Dr., Suite 200, Auburn Hills, MI 48326-2395 |
| 26826762 | + | David and Cindy Engwis, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824710 | + | David and Janet Allen, Fieger Law, 19390 W. 10 Mile Rd., Fieger Law, 19390 W. 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824708 | + | David and Kelly Aiken, Fieger Law, 19390 W. 10 Mile Rd., Fieger Law, 19390 W. 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825925 | + | David and Patricia Breasbois, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825324 | + | Dawn Toms as Trustee of the Toms Family Trust, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825279 | + | Deana and Eugene Beckham, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26815614 | + | Dennis Borchard, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26604411 | | Dennis LeRoy Ware, 2450 S. Bard, Union, ME 04862-4000 |
| 26823950 | + | Department of Environment, Great Lakes, and Energy, 525 West Allegan Street, Lansing, MI 48933-1502 |
| 26826120 | + | Diabenese Campbell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825270 | + | Diane Long, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826718 | + | Diane Magnus, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826782 | + | Diane and Michael Fejedelem, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604412 | | Discount Tire/America's Tire Company, PO Box 29851, Phoenix, AZ 85038-9851 |
| 26604413 | + | Dockside Hoist Service, 5737 M-30, Beaverton, MI 48612-8522 |
| 26825900 | + | Donald Bradley, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826714 | + | Donald Drayton, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825974 | + | Donald Graves, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825009 | + | Donald Lynch and Mary Lynch, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824991 | + | Donald Turskey & Teresa Turskey, 201 E. Fourth Street, Royal Oak, MI 48067-2606 |
| 26825887 | + | Donald and Barbara Boyer, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826202 | + | Donald and Darlene Cianek, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824993 | + | Donna Arnold, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825947 | + | Dorothy Brister, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825152 | + | Dorothy Kocsis and Paul Kocsis, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824184 | + | Doug & Pam Janes, 535 Quillette Drive, Beaverton, MI 48612-9143 |
| 26826188 | + | Douglas Hill and Stacey Hill, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826620 | + | Drew and LeAndra Collins, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825151 | + | Duane and Brenda Whitman, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606 |
| 26825997 | + | Earl B. Gregory and Kristen Gregory, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825392 | + | Earl Lewis, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26604414 | + | Earl's Building Supply, 1315 E. Cedar Ave, PO Box 598, Gladwin, MI 48624-0598 |
| 26815625 | + | Edenville Market, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26604415 | + | Edenville Township Treasurer, 467 Moore Street, PO Box 24, Edenville, MI 48620-0024 |
| 26604416 | + | Edgewater Resources, LLC, 518 Broadway Street, Suite 200, Saint Joseph, MI 49085-3906 |
| 26824997 | + | Edward Lincoln and Christina Lincoln, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26604417 | + | Elan Financial Service, Attn: Legal, 1255 Corporate Dr., Irving, TX 75038-2562 |
| 26604418 | + | Elan Financial Services, Attn: Legal, 1255 Corporate Dr., Irving, TX 75038-2562 |
| 26824147 | + | Eleanor Gurich, 1088 Country Club Drive, St. Clair Shores, MI 48082-2945 |
| 26826048 | + | Elizabeth Hackworth and Edward Hackworth, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826178 | + | Elizabeth Hartwick, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26815644 | + | Emad Karoumi, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26824709 | + | Eric Alarie, Fieger Law, 19390 W. 10 Mile Rd., Fieger Law, 19390 W. 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825186 | + | Eric Krafft, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825006 | + | Eric Lurins and Tammy Lurins, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26825141 | + | Eric Turnquist and Kurt Stanley, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606 |
| 26824784 | + | Erik Kubik and Lonnie Kubik, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26812781 | + | Erik W. Nielsen, Nielsen, Zehe & Antas, P.C., 55 West Monroe Street, Suite 1800, Chicago, IL 60603-5037 |
| 26825390 | + | Erika Haddon, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26822060 | + | Essentia Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26604419 | + | Ethos Corporation, PO Box 901, Grand Blanc, MI 48480-0901 |
| 26604420 | + | F.D. Lake Company, 3313 Lousma Drive S.E., Grand Rapids, MI 49548-2278 |

District/off: 0645-1 | User: jkwia | Page 5 of 22
Date Rcvd: Feb 25, 2021 | Form ID: ntconfpV | Total Noticed: 674

| | | |
|---|---|---|
| 26822062 | + | Factory Mutual Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26822126 | + | Farm Bureau General Insurance Company of Michigan, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26800687 | + | Federal Insurance Company, c/o Chubb, 436 Walnut Street, WA04K, Philadelphia, PA 19106-3703 |
| 26604421 | + | Fisher Contracting, 3401 Contractor Drive, Midland, MI 48642-6946 |
| 26811045 | + | Five Waters Properties, LLC, d/b/a Saginaw Carbon, c/o Bagley & Langan, PLLC, 6557 Highland Road, Waterford, MI 48327-1655 |
| 26825919 | + | Florists Mutual Insurance Company Hortica, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26825032 | + | Floyd Kilbreath and Mary Kilbreath, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26604422 | + | Fondriest Environmental, Inc., 2091 Exchange Court, Fairborn, OH 45324-6355 |
| 26604424 | + | Fountainhead Design Group LLC, 9360 W. Flamingo Rd. Ste 110-265, Las Vegas, NV 89147-6410 |
| 26604425 | + | Four Lakes Task Force, Attn: Joseph Colaianne, Clark Hill PLC, 212 E. Cesar Chavez Ave, Lansing, MI 48906-4328 |
| 26604426 | + | Frank E. Starkweather, 1014 N. Sheridan St, Bay City, MI 48708-6057 |
| 26824459 | + | Frank Giannattasio & Jane Giannattasio, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458 |
| 26824941 | + | Frank Legacy Jr. and Christine Legacy, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824938 | + | Frank and Mary Andrea, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604427 | | Fusion Babbitting Co., Inc., 4540 W Burnham St, Milwaukee, WI 53219-1607 |
| 26604428 | + | G.J. Fellows & Sons, Inc., 331 W. Wackerly Rd, Sanford, MI 48657-9716 |
| 26825312 | + | Gail Szuch, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825330 | + | George Wiskup, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26604429 | + | Gerace Construction, 4055 S. Saginaw Road, Midland, MI 48640-8501 |
| 26804385 | | Gerace Construction Company, Inc., c/o David L. Powers, Attorneys at Law, P. O. Box 219, Bay City, MI 48707-0219 |
| 26824187 | + | Gerald & Sandra Pscholka, 575 Quilette Drive, Beaverton, MI 48612-9143 |
| 26826784 | + | Gertrude and Michael Fernette, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604430 | + | Gladwin Ace Hardware, 630 N Silverleaf St, Gladwin, MI 48624-1696 |
| 26604431 | + | Gladwin County Building Department, 1501 N. State Street, Gladwin, MI 48624-1663 |
| 26604432 | + | Gladwin County Conservation District, 1501 N State Street, Gladwin, MI 48624-1663 |
| 26604433 | + | Gladwin County Registrar of Deeds, 401 West Cedar Avenue, Gladwin, MI 48624-2058 |
| 26604434 | + | Gladwin County Road Commission, 301 S. State St, Gladwin, MI 48624-2297 |
| 26604435 | + | Gladwin County Soil Erosion Control Dept, 1501 N. State Street, Gladwin, MI 48624-1663 |
| 26604436 | + | Gladwin County Treasurer, Attn: Christy Van Tiem, 401 W Cedar Ave, Gladwin, MI 48624-2087 |
| 26825127 | + | Gloria Grappin, c/o Michael J. Behm, Esq., 209 Schwartz Drive, 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26604437 | + | Gomez & Sullivan Engineers, DPC, 288 Genessee St., Utica, NY 13502-4620 |
| 26826731 | + | Gordon Nichols, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26604439 | + | Grand River Insurance, Attn: Legal, 755 W. Big Beaver Road, Suite 2020, Troy, MI 48084-4925 |
| 26812782 | + | Great American E&S Insurance Company, Nielsen, Zehe & Antas, P.C., 55 West Monroe Street, Suite 1800, Chicago, IL 60603-5037 |
| 26813253 | + | Great American E&S Insurance Company aso Celink, Nielsen, Zehe & Antas, P.C., 55 West Monroe Street, Suite 1800, Chicago, IL 60603-5037 |
| 26813105 | + | Great American E&S Insurance Company aso Chemical, Nielsen, Zehe & Antas, P.C., 55 West Monroe Street, Suite 1800, Chicago, IL 60603-5037 |
| 26604440 | + | Greaves Trucking, Inc., 395 James Robertson Dr, Gladwin, MI 48624-7008 |
| 26826725 | + | Greg Mulcahy, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826671 | + | Gregory Domagalski, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825027 | + | Gregory Kessler, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825385 | + | Gregory Menard and Lori Menard, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26604441 | + | Grove's Lawncare & Tree Service, Inc., 5370 Flock Road, Beaverton, MI 48612-8511 |
| 26604443 | + | Grover, et al., Attn: Robert J. Lantzy, Buckfire & Buckfire, P.C, 29000 Inkster Road, Suite 150, Southfield, MI 48034-1100 |
| 26604442 | + | Grover, et al., Attn: Michael J. Bonvolanta, Buckfire & Buckfire, P.C., 29000 Inkster Road, Suite 150, Southfield, MI 48034-1100 |
| 26604444 | + | Hammond Drives & Equipment, 8527 Midland Rd, PO Box 130, Freeland, MI 48623-0130 |
| 26825980 | + | Harold Greblo, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824747 | + | Harold Murphy and Lori Murphy, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26822129 | + | Hastings Mutual Insurance, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26604445 | + | Hathaway Engineering, Inc., 56 CR 229, Holiday Island, AR 72631-8873 |
| 26604446 | + | Helwig Carbon Products, Inc., PO Box 240160, Milwaukee, WI 53224-9008 |
| 26604447 | + | Heritage Hydro Governor Service, Inc., 2851 Post Road, PO Box 819, Plover, WI 54467-0819 |
| 26604449 | | Homrich, et al., Attn: Michael Hanna, Morgan & Morgan, P.A., 200 Town Center, Suite 1900, Southfield, MI 48075 |
| 26604451 | + | Homrich, et al., Attn: Robert K. Jenner, Jenner Law, P.C., 1829 Reistertown Road, Suite 350, Baltimore, MD 21208-7126 |
| 26604450 | + | Homrich, et al., Attn: Lisa Weinstein, Grant & Eisenhofer, P.A., 30 N. LaSalle Street, Suite 2350, Chicago, IL 60602-2512 |
| 26822205 | + | Houston Casualty Co., Ref. No. B128417631W20, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26826656 | + | Howard Hughes, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26604453 | + | IPFS Corporation, Attn: CSC Lawyers Incorporating Service, 601 Abbot Road, East Lansing, MI 48823-3366 |
| 26822320 | + | Independent Specialty Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |

District/off: 0645-1                                   User: jkwia                                        Page 6 of 22
Date Rcvd: Feb 25, 2021                               Form ID: ntconfpV                                 Total Noticed: 674

26823107    + Indian Harbor Insurance Co., Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531
26823111    + Interstate Fire & Casualty Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531
26604454    + J&D Plumbing & Heating Ltd, PO Box 409, Sanford, MI 48657-0409
26604455    + J.E.M Fluid Power, Inc., 2182 S. Dam Road, PO Box 392, West Branch, MI 48661-0392
26604459    + JRB Engineering & Development, Inc., 5024 Howard Rd., Gladwin, MI 48624-9423
26826864    + Jack Manwell, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26825988    + Jacob Green, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26826763    + Jacqueline Owens, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26824988    + James Antal, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824990    + James B. Rasor, 201 E. Fourth Street, Royal Oak, MI 48067-2606
26825942    + James Bricault, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826860    + James Frost, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824982    + James Lemieur and Lisa Lemieur, 19390 W. Ten Mile, Southfield, MI 48075-2458
26826866    + James Mann and Christine Bongiorno-Mann, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26825754    + James Mrdutt and Alicia Mrdutt, McAlpine PC, 3201 University Dr., Suite 200, Auburn Hills, MI 48326-2395
26825133    + James Rasor, 201 E Fourth St, Royal Oak, MI 48067-2606
26825134    + James and Mary Rodgers, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606
26824854    + Janet and David Allen, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824939    + Jason Leckrone and Linda Leckrone, 19390 W. Ten Mile, Southfield, MI 48075-2458
26825128    + Jason and Tina Parsons, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606
26825752    + Jayson E. Blake, McAlpine PC, 3201 University Dr., Suite 200, Auburn Hills, MI 48326-2395
26825005    + Jeanette Loveless, 19390 W. Ten Mile, Southfield, MI 48075-2458
26826059    + Jefferey Hahn, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26823874    + Jeffrey & Jennifer Brushaber, 461 E. Richmond Drive, Hope, MI 48628-9723
26824257    + Jeffrey & Lisa Timmons, 5391 Mallard Court, Beaverton, MI 48612-7901
26824461    + Jeffrey Gibson & Mary-Grace Gibson, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458
26826530    + Jeffrey and Kelly Clark, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825083    + Jennifer Belcher, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26824859    + Jennifer Johnson, 19390 W. 10 Mile Road, Southfield, MI 48075-2458
26825977    + Jennifer and Clayton Brown, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826038    + Jennifer and William Burns, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825135    + Jess King, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26629734    + Joe Bruneau and a class, McAlpine PC, 3201 University Dr., Suite 200, Auburn Hills, MI 48326-2395
26824455    + Joel Gerendasy & Scheryll Gerendasy, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458
26825915    + John Brandon, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825125    + John Grappin, c/o Michael J. Behm, Esq., 2, 209 Schwartz Drive, Flint, MI 48503-1803
26815646    + John Maddens, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26825277    + John Rahn, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26824261    + John Willing, 329 Twin Lake Road, Beaverton, MI 48612-8527
26826223    + John and Catherine Cikalo, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825282    + John and Sharon Benci, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26604456    + Johnston Contracting, Inc., 624 Poseyville Road, Midland, MI 48640-8901
26604457    + Jon D. Smith, dba Barge & Bobcat Service, 2821 Lakesore Dr, Gladwin, MI 48624-7812
26825258    + Jordan Moore and Mac Moore, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824942    + Jory Leigeb, 19390 W. Ten Mile, Southfield, MI 48075-2458
26825030    + Joseph Balhorn, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824850    + Joseph Jesselaitis, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26824851      Joseph Kwater and Rebecca Kwater, 19390 W. Ten Mile, Southfield, MI 48075-2463
26826867    + Joseph Manelis and Mary Manelis, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26825147    + Joseph and Becky Uhelski, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606
26815626    + Joshua Gillette, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26604458    + Joshua T. McFarland, 4713 Oakridge Dr., Midland, MI 48640-7409
26823857    + Joyce Brewster, 415 Twin Lake Road, Beaverton, MI 48612-8524
26825388    + Joyce Grezeszak, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26825336    + Joyce Long, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26826865    + Joyce Mansfield, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26824255    + Joyce Relitz, 330 Twin Lake Road, Beaverton, MI 48612-8527
26826624    + Judith Cox, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826666    + Judith and Arthur Dietrich, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26815623    + Judy Clarey, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26826191    + Judy and Arthur Chastain, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826755    + Judy and Dallas Eichman, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826823    + Julie Ferrin, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458

| | | |
|---|---|---|
| 26825332 | + | Julie Wiskup, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826856 | + | Julie and Gregory Foye, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824861 | + | Justin Laplow and Caitlyn Laplow, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826098 | + | Karen Hamilton, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825011 | + | Karen and Paul Avery, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826622 | + | Karin Coughlin, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825146 | + | Karin Klawender, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826853 | + | Kathleen Fogus, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825021 | + | Kathleen Kenworthy and Lisa Ashman, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824805 | + | Kathy Jerry and Michael Jerry, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824806 | + | Kelly and David Aiken, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825060 | + | Kelly and Michael Beard, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825059 | + | Kendrick Belcher, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826184 | + | Kenneth Hein, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826193 | + | Kenneth Helm, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26815672 | + | Kenneth Sieg, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26825337 | + | Kenneth Wade Hood, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824449 | + | Kevin Gartung, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458 |
| 26824968 | + | Kevin Leitz and Bonnie Leitz, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824995 | + | Kevin Liebetreu and Cheryl Liebetreu, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824711 | + | Kim Abms, Fieger Law, 19390 W. 10 Mile Rd., Fieger Law, 19390 W. 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824868 | + | Kim Ambs, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826854 | + | Kim Fournier, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826166 | + | Kimberly Hartman and Matthew Hartman, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825004 | + | Kimberly Kellogg, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826759 | + | Kindra Nichols, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26604462 | + | Kinzel, et al., Attn: Matthew J. Turchyn, Hertz Schram PC, 1760 S. Telegraph Rd., Ste. 300, Bloomfield Hills, MI 48302-0183 |
| 26604461 | + | Kinzel, et al., Attn: Patricia A. Stamler, Hertz Schram PC, 1760 S. Telegraph Rd., Ste. 300, Bloomfield Hills, MI 48302-0183 |
| 26604460 | + | Kinzel, et al., Attn: Elizabeth C. Thomson, Hertz Schram PC, 1760 S. Telegraph Rd., Ste. 300, Bloomfield Hills, MI 48302-0183 |
| 26824849 | | Kip Kussro and Wendy Kussro, 19390 W. Ten Mile, Southfield, MI 48075-2463 |
| 26826699 | + | Kristen Brooks, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826577 | + | Kristie Cocking, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26815627 | + | Kristien Gillette, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26826861 | + | Kristine Manwell, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826851 | + | Kynan Forester, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604469 | + | LMI Contracting, Inc., 5505 Eastman Ave., Midland, MI 48640-2514 |
| 26604463 | + | Lake Painting, Inc., 2877 Venture Dr., PO Box 2105, Midland, MI 48641-2105 |
| 26604464 | + | Lakeside Services & Specialties, Inc., 4526 S. M30, Beaverton, MI 48612-8653 |
| 26824739 | + | Lance Ireland and Consuela Ireland, 19390 W. 10 Mile Road, Southfield, MI 48075, Southfield, MI 48075-2458 |
| 26826174 | + | Landra Hartman and Joel Hartman, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824945 | + | Larry Jordan, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826564 | + | Larry and Aileen Clipper, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826058 | + | Larry and Shanna Butcher, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825278 | + | Laura and Gary Becker, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26815677 | + | Lauren Valley, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26604465 | | Layne Mercer Heating & Cooling LLC, 2697 W Dale Rd, Beaverton, MI 48612 |
| 26604466 | + | Lee W. Mueller, 10120 W Flamingo Rd, Ste 4192, Las Vegas, NV 89147-8392 |
| 26825396 | + | Leonard Ozerajtys, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26823117 | + | Lexington Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26604467 | + | Lil' Willies, Inc., 2041 Rifle River Trail, West Branch, MI 48661-9053 |
| 26826562 | + | Linda Clever, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826628 | + | Linda Criswell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825140 | + | Linda Kinsman and Christopher Kinsman, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826568 | + | Lindsay Cochran, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26811042 | + | Lisa Fink, c/o Bagley & Langan, PLLC, 6557 Highland Road, Waterford, MI 48327-1655 |
| 26826200 | + | Lisa Hoffert and Jeffrey Hahn, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826845 | + | Lisa Meyer, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604468 | | Lloyd's Door Systems of Midland, 1808 Bay City Rd., Midland, MI 48642-5952 |
| 26604470 | + | Lorenz Surveying & Engineering, Inc, 3229 W. Beal City Rd., Weidman, MI 48893-9321 |
| 26825197 | + | Louis Krick and Anita Krick, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824803 | + | Lynn Irish and Micky Irish, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825391 | + | Mackenzie Kastl, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825840 | + | Madeline and Edward Berkobien, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |

| | | |
|---|---|---|
| District/off: 0645-1 | User: jkwia | Page 8 of 22 |
| Date Rcvd: Feb 25, 2021 | Form ID: ntconfpV | Total Noticed: 674 |

26825014   +  Madeline and Kevin Ayers, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26604472   +  Magnum Construction Company, Inc., 3500 Centennial Drive, Midland, MI 48642-6935
26826004   +  Malcolm and Pamela Bryant, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826179   +  Marc Hildebrandt and Lori Hildebrandt, 19390 W. Ten Mile, Southfield, MI 48075-2458
26824685   +  Marc S Berlin, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824695   +  Marc S. Berlin, Fieger Law, 19390 W. 10 Mile Rd., Southfield, MI 48075-2458
26826795   +  Marcella Ferrigan, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826859   +  Margaret Master-Jun, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26824438   +  Marian Gadwell & Daniel Gladwell, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458
26824081   +  Mark & Barbara Doty, 1335 W. Kitchen Road, Linwood, MI 48634-9755
26826701   +  Mark Gahry, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26825161   +  Mark Kowalczyk and Katrina Kowalczyk, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26824867   +  Mark Lauer and Sue Lauer, 19390 W. Ten Mile, Southfield, MI 48075-2458
26825025   +  Mark and Kathleen Chorbagian, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606
26825995   +  Marsha Brubaker, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826655   +  Marsha Demars, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825199   +  Martha Moore and Donald Moore, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825280   +  Mary Beth Ferguson-Rahn, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26825260   +  Mary Jasinski, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26825057   +  Mary Kinasz and Jeffrey Kinasz (POA), 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26826855   +  Mary Matthess and Christopher Matthess, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26825757   +  Mary Randall and Orso Randall, McAlpine PC, 3201 University Dr., Suite 200, Auburn Hills, MI 48326-2395
26815681   +  Mary Wascher, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26815650   +  Matt McQuaid, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26826186   +  Matthew Cay, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26604473   +  McDowell & Associates, 21355 Hatcher Avenue, Ferndale, MI 48220-2135
26815649   +  McQuaid Masonry, LLC, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3007
26604474   +  Medler Electric, 2155 Redman Dr, Alma, MI 48801-9313
26823142   +  Meemic Insurance, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531
26825429   +  Melissa Dawes, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26824866   +  Meshell Larson, 19390 W. Ten Mile, Southfield, MI 48075-2458
26604481   +  MiSDU, PO Box 30350, Lansing, MI 48909-7850
26824186   +  Michael & Lisa Pettyes, 16439 Howard Drive, Clinton, MI 48035-2249
26824686   +  Michael Adams, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826000   +  Michael Bruns, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26631796   +  Michael D. Lieberman, Lieberman, Gies & Cohen, PLLC, 31313 Northwestern Hwy., Suite 200, Farmington Hills, MI 48334-2577
26827100   +  Michael Ellis, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826647   +  Michael Hrynczuk and Donna Hrynczuk, 19390 W. Ten Mile, Southfield, MI 48075-2458
26825259   +  Michael Jasinski, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26825008   +  Michael Kelly and Cathy Kelly, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26825288   +  Michael Szuch, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26824696   +  Michael and Darlene Adolph, Fieger Law, 19390 W. 10 Mile Rd., Fieger Law, 19390 W. 10 Mile Rd., Southfield, MI 48075-2458
26826034   +  Michael and Joan Buda, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26815685   +  Michelle Young, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26826649   +  Michelle and Thomas Decoe, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26604475   +  Michigan Department of Treasury, 430 W. Allegan, Lansing, MI 48922-0001
26855129   +  Michigan Insurance Company, 500 Office Center Dr., #301, Fort Washington, PA 19034-3227
26826770   +  Michille and Scott Federer, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26604476   +  Mid-Michigan Machine Tool LLC, 2028 Weber Rd, Gladwin, MI 48624-6800
26604478      MidMichigan Health, PO Box 33759, Detroit, MI 48232-3759
26604479      MidMichigan Urgent Care, 4000 Wellness Drive, Midland, MI 48670-2000
26604477   +  Midland Steel Sales, 1615 Dublin, Midland, MI 48642-7750
26811044   +  Midland Technical Carbon, LLC, c/o Bagley & Langan, PLLC, 6557 Highland Road, Waterford, MI 48327-1655
26604480   +  Midstate Rental, 2320 W. M-61, Gladwin, MI 48624-8401
26815656   +  Mike Roberson, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26604482   +  Mo-Tech Auto Service, 58 E. Saginaw Rd #2, Sanford, MI 48657-9291
26604483   +  Myers for Tires, Inc., 801 E. Cedar, PO Box 383, Gladwin, MI 48624-0383
26825983   +  Nancy Brown, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825144   +  Nancy Kirkby and Kenneth Kirkby, Jr., 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26825158   +  Nancy Koenig, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26826710   +  Nancy Laskey, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26826674   +  Nathan Brooks, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26823159   +  National Fire & Marine Insurance, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531

District/off: 0645-1       User: jkwia       Page 9 of 22

Date Rcvd: Feb 25, 2021       Form ID: ntconfpV       Total Noticed: 674

| | | |
|---|---|---|
| 26825753 | + | Ned Arnold and Eve Arnold, McAlpine PC, 3201 University Dr., Suite 200, Auburn Hills, MI 48326-2395 |
| 26824451 | + | Nicholas Garza & Barbara Garza, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458 |
| 26825327 | + | Nicholas Unsworth, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26824467 | + | Nina Graham, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458 |
| 26826635 | + | Norma Howe, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26604485 | + | North Pine Urgent Care, 863 North Pine Suite F, Essexville, MI 48732-2159 |
| 26604486 | + | Northern Tool & Equipment, 2800 Southcross Drive West, Burnsville, MN 55306-6936 |
| 26604487 | #+ | One Call Now, 6450 Poe Ave., Ste 500, Dayton, OH 45414-2648 |
| 26604488 | | Pat's Gradall, PO Box 1603, Midland, MI 48641-1603 |
| 26825119 | + | Patricia Comer, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825007 | + | Patricia and Dennis Athey, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825012 | + | Patrick Kennedy and Debra Kennedy, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826705 | + | Patrick and Helen Douglas, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826037 | + | Patti Gruzin and Anatole Gruzin, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825061 | + | Patti King, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824006 | + | Paul Clark, 801 Livernois, Ferndale, MI 48220-2308 |
| 26825015 | + | Paul Madden and Madeline Madden, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826724 | + | Paul and Geralyn Dust, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826634 | + | Pauline and David Davis, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826001 | + | Peter Gregory and Sarah Gregory, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26604489 | + | Philip Michael Whitt, 1493 Preston Dr., Gladwin, MI 48624-8534 |
| 26827101 | + | Phillip and Sandra Erway, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826660 | + | Phyllis and Harold Dickerson, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26823160 | + | Pioneer Mutual Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26604490 | + | Power Line Supply, 420 Roth St Ste A, Reed City, MI 49677-9115 |
| 26604491 | | Powerplan, 21310 Network Place, Chicago, IL 60673-1213 |
| 26604492 | #+ | Powertech Services, Inc., 4095 S Dye Rd, Swartz Creek, MI 48473-1570 |
| 26823173 | + | Princeton Excess and Surplus Lines Insurance Co., Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26604493 | + | Print Makers Service, Inc., 518 W Lovett, Suite 4, Charlotte, MI 48813-1774 |
| 26604494 | + | Purkeypile Consulting, LLC, 21 South Hills Loop, Holiday Island, AR 72631-5236 |
| 26822229 | + | RSUI Group, Inc., Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |
| 26826042 | + | Rachel Guentensberger and Ronald Guentensberger II, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826835 | + | Rachel and Tyler Finney, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825033 | + | Randolph Baumgartner, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825148 | + | Randy Klump and Jackie Klump, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825269 | + | Randy Long, c/o Michael J. Behm, Esq., 209 Schwartz Drive, 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26663951 | + | Rebekah Bailey, Esq., Nichols Kaster, PLLP, 4700 IDS Center, 80 South 8th Street, Minneapolis MN 55402-2100 |
| 26826505 | + | Rebekah L. Bailey, Nichols Kaster, PLLP, 80 South 8th Street, Suite 4700, Minneapolis, MN 55402-5305 |
| 26825838 | + | Renee and James Berger, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825864 | + | Renita and Joseph Bonadies, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825020 | + | Rex Badder, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825080 | + | Rex and Nancy Clark, 201 E 4th St, 201 E Fourth St, Royal Oak, MI 48067-2606 |
| 26825930 | + | Rhonda and James Breckon, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826123 | + | Richard Campbell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824440 | + | Richard Gaft & Lorrie Gaft, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458 |
| 26824442 | | Richard Gallimore & Lois Gallimore, Fieger Law, Southfield, MI 48075 |
| 26826261 | + | Richard Hosford, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824852 | + | Richard Jodts and Gloria Jodts, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26825013 | + | Richard Lyons, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26825286 | + | Richard Stachlewitz, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826842 | + | Richard and Denise Fix, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825850 | + | Risk Bishop, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825394 | + | Rita Lewis, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26824260 | + | Robb & Anita Webber, 292 Grace Court, Hope, MI 48628-9722 |
| 26823803 | + | Robert & Debra Beauchamp, 359 Twin Lake Road, Beaverton, MI 48612-8527 |
| 26824039 | + | Robert & Tina Dale, 3817 S. Lake Drive, Beaverton, MI 48612-8719 |
| 26815655 | + | Robert E. Witt Living Trust, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3007 |
| 26825227 | + | Robert Gratopp, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826669 | + | Robert Huntoon, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824864 | + | Robert Johnson and Helen Johnson, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26824944 | + | Robert Leigeb, 19390 W. Ten Mile, Southfield, MI 48075-2458 |

District/off: 0645-1 | User: jkwia | Page 10 of 22
Date Rcvd: Feb 25, 2021 | Form ID: ntconfpV | Total Noticed: 674

| | | |
|---|---|---|
| 26824987 | + | Robert Lerner and Ina Lerner, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26825273 | + | Robert Long, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26604495 | + | Roberts Custom Machine, 3095 Howard Road, Beaverton, MI 48612-9776 |
| 26826131 | + | Robin and Vicki Campbell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826256 | + | Rodney and Linda Clare, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826673 | + | Roger and Karen Dominowski, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26815667 | + | Ron Roenicke, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26815683 | + | Ron Wascher, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26815684 | + | Ron Young, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26826176 | + | Ronald Hilbrandt and Sharon Hilbrandt, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826192 | + | Ronald Hinkley and Gail Hinkley, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26824986 | + | Ronan Ler, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26825906 | + | Ronda and William Brandimore, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826140 | + | Ronnie and Cristi Carson, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824764 | + | Rosario Agnello, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26824697 | + | Rosario and Mary Agnello, Fieger Law, 19390 W. 10 Mile Rd., Fieger Law, 19390 W. 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826162 | + | Roxanne Harless and Richard Harless, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26604496 | + | Rush Print N Pack, 1515 Commerce Drive, Midland, MI 48642-8531 |
| 26826625 | + | Russell Craig, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825017 | + | Ruth Kennedy and David Kennedy, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826546 | + | Ryan and Lisa Clark, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604497 | + | S&H Engraving, 202 E. Cedar Ave, Ste C, Gladwin, MI 48624-2261 |
| 26815616 | + | Sally Bradley, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26826632 | + | Salomey Darabos, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826843 | + | Sandra and Danny Flatt, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26815668 | + | Sanford Chamber of Commerce, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3007 |
| 26604498 | + | Sanford Hardware, 346 W Saginaw Rd, PO Box 49, Sanford, MI 48657-0049 |
| 26826709 | + | Sarah and Steven Douglas, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826863 | + | Scott Fuller, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825132 | + | Scott Gratopp, c/o Michael J. Behm, Esq., 209 Sch, 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26825389 | + | Scott Haddon, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26815669 | + | Scott Harris, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26825400 | + | Scott Winterlee, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26827099 | + | Scott and Rebecca Brady, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604499 | + | Seaquatics Inc., 4021 Isabella, Midland, MI 48640-8313 |
| 26825142 | + | Secord Lake Marina, c/o Michael J. Behm, Esq., 209 Schwartz Drive, 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26856979 | + | Selective Insurance Company of South Carolina, Daniel Hogan, 500 Office Center Dr. #301, Fort Washington, PA 19034-3227 |
| 26856976 | + | Selective Insurance Company of the Southeast, Daniel Hogan, 500 Office Center Dr., #301, Fort Washington, PA 19034-3227 |
| 26826053 | + | Shaine Hadous Michelle Hadous, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26826100 | + | Shannyn and Joseph Caldwell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26823925 | | Sharon Campbell, 350 Twin Lake Road, 1570 Sage Court, Beaverton, MI 48612-4952 |
| 26815654 | + | Shasta Parent, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26825398 | + | Shawn Ozerajtys, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26826919 | + | Shawn Reilly, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826559 | + | Sherry and James Clemmons, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604500 | + | Specification Stone Products, 8800 Dix Ave, Detroit, MI 48209-1093 |
| 26604501 | | Spectrum Business, PO Box 3019, Milwaukee, WI 53201-3019 |
| 26604502 | | Standard Electric Company, PO Box 5289, Saginaw, MI 48603-0289 |
| 26604503 | + | State of Michigan (EGLE), Attn: Nathan A. Gambill, P.O. Box 30755, Lansing, MI 48909-8255 |
| 26815652 | + | Stephanie O'Dell, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042 |
| 26825333 | + | Stephen Blood, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26623193 | + | Stevenson & Bullock, P.L.C., Attn: Kimberly Bedigian, 26100 American Dr., Suite 500, Southfield, MI 48034-6184 |
| 26825855 | + | Stuart and Barbara Bloomfield, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826847 | + | Sue and Robert Flattery, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26826862 | + | Sue and Thelmore Fry, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604504 | | Superior Fire Protection Service, Inc., 3020 Coolidge Road, Beaverton, MI 48612-9128 |
| 26824465 | + | Susan Goulette & Francis Goulette, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458 |
| 26826849 | + | Susan and Daniel Flum, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825331 | + | Suzanna McArdle, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26826711 | + | Suzanne and Gerald Downey, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26604505 | + | Swan & Gardiner CPAs, 9005 W Sahara Ave, Las Vegas, NV 89117-5745 |
| 26824943 | + | Sylvia Jordan, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |

| | | |
|---|---|---|
| District/off: 0645-1 | User: jkwia | Page 11 of 22 |
| Date Rcvd: Feb 25, 2021 | Form ID: ntconfpV | Total Noticed: 674 |

26604506   + T&J Automotive, 100 N. Ross, PO Box 481, Beaverton, MI 48612-0481
26826631   + Tabitha Hoskins, 19390 W. Ten Mile, Southfield, MI 48075-2458
26825386   + Tamara Grezeszak, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26826556   + Tamara and Brett Clark-Moore, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26811043   + Tamera Pahssen, c/o Bagley & Langan, PLLC, 6557 Highland Road, Waterford, MI 48327-1655
26826857   + Tawse Matthes, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26604507     Team Elmer's, 3600 Rennie School Road, PO Box 6150, Traverse City, MI 49696-6150
26823203   + Telephone & Data Systems, Inc., Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531
26826858   + Teresa Friedle, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825430   + Terri Winterlee, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26604508   #+ Thayer Well Drilling, Inc., 4298 Raymond Rd, Beaverton, MI 48612-9133
26855138   + The Cincinnati Casualty Company, Daniel Hogan, 500 Office Center Dr., #301, 500 Office Center Dr., #301, Suite 301, Fort Washington, PA 19034-3227
26855144   + The Cincinnati Indemnity Company, Daniel Hogan, Suite 301, 500 Office Center Dr., #301, Fort Washington, PA 19034-3227
26855201   + The Cincinnati Insurance Company, Daniel Hogan, Suite 301, 500 Office Center Dr., #301, Fort Washington, PA 19034-3227
26825001   + The Flats Condominium Association / Jeanette Thiel, 19390 W. Ten Mile, Southfield, MI 48075-2458
26604509   + The Key Shop, 1804 W Wackerly, Midland, MI 48640-6822
26604510   + Theka Engineering Solutions, 1875 Roberts St, Muskegon, MI 49442-6032
26824262   + Theodore & Nancy Yanko, 35318 Marina Drive, Sterling Heights, MI 48312-4136
26824148     Thomas & Natalie Herber, 559 Quillette Street, 1570 Sage Court, Beaverton, MI 48612-4952
26815615   + Thomas Borchard, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26826730   + Thomas Dymora, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26826142   + Thomas Hammond and Jean L. Hammond, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26826190   + Thomas Heldt and Jodi Heldt, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26826222   + Thomas Hohensee, 19390 W. Ten Mile, Southfield, MI 48075-2458
26826257   + Thomas Holley and Katherine Holley, 19390 W. Ten Mile, Southfield, MI 48075-2458
26825284   + Thomas John Bender, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825862   + Thomas and Barbara Boehm, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824992   + Timmy Levely and Kathy Lynn Levely, 19390 W. Ten Mile, Southfield, MI 48075-2458
26824853     Timothy LaCross, 19390 W. Ten Mile, Southfield, MI 48075-2463
26826627   + Timothy and Michelle Crawford, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26825122   + Todd Dennis, c/o Michael J. Behm, Esq., 209 Schwartz Drive, 209 Schwartz Drive, Flint, MI 48503-1803
26824445   + Todd J Weglarz, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458
26824731   + Todd J. Weglarz, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824725   + Todd J. Weglarz, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824738   + Todd Weglarz, 19390 W. 10 Mile Road, Southfield, MI 48075-2458
26824783     Todd Weglarz, 19390 W. Ten Mile, Southfield, MI 48075-2463
26815674   + Tom McCann Family, LLC, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3007
26824185   + Trenton & Ashley Joslin, 5383 Mallard Court, Beaverton, MI 48612-7901
26825283   + Trina Reif, as sole beneficiary of the Clark trust, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26823221   + Trisura Specialty Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531
26824463   + Troy Grappin & Kristy Grappin, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458
26815680   + Troy Valley, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26826698   + Trudy and James Dominowski, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26815647   + Tylia Maddens, Cohen Milstein Sellers & Toll PLLC, 11780 US Highway 1 Suite N500, Palm Beach Gardens, FL 33408-3042
26604511   + U.S. Attorney for the E.D. of Michigan, Attn: Civil Division, 101 First Street, Suite 200, Bay City, MI 48708-5747
26786727     U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108
26823236   + United Specialty Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531
26826869   + Valerie Malkin, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26825328   + Vanessa Unsworth, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803
26826658   + Vera Dice, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824453   + Vernon Gehrls & Martha Gehrls, Fieger Law, 19390 W. Ten Mile Road, Southfield, MI 48075-2458
26604514     Vesco Oil Corporation, PO Box 525, Southfield, MI 48037-0525
26604515   + Vic Bond Sales, Inc. - Gladwin, 300-302 E. Cedar Ave., Gladwin, MI 48624-2210
26826852   + Violet McCreadie, 19390 W 10 Mile Rd., Southfield, MI 48075-2458
26826135   + Virginia Campbell, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458
26824846     Wade Kunish, 19390 W. Ten Mile, Southfield, MI 48075-2463
26825113   + Ward Comer, c/o Michael J. Behm, Esq., 209 Schwartz Drive, 209 Schwartz Drive, Flint, MI 48503-1803
26604516     Waste Management, 48797 Alpha Drive, Suite 150, Midland, MI 48640
26604517     Wex Bank, PO Box 6293, Carol Stream, IL 60197-6293
26604518     Wex Bank Universal, PO Box 6293, Carol Stream, IL 60197-6293
26826506   + Whitney Cable, Nichols Kaster, PLLP, 80 South 8th Street, Ste 4700, Minneapolis, MN 55402-5305
26604519     Wieland Trucks, Dept 2007, PO Box 30516, Lansing, MI 48909-8016

| | | |
|---|---|---|
| 26823842 | + | William & Glenda Boyd, 15329 Canberra Street, Roseville, MI 48066-4026 |
| 26824732 | + | William Murray, Fieger Law, 19390 West 10 Mile Road, Southfield, MI 48075, Southfield, MI 48075-2458 |
| 26826548 | + | William and Jacqueline Clark, 19390 West 10 Mile Road, 19390 West 10 Mile Road, Southfield, MI 48075-2458 |
| 26825993 | + | Winonda Green, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
| 26604520 | + | Woods, et al., Attn: Steven D. Liddle, Liddle & Dubin, P.C., 975 E. Jefferson Ave., Detroit, MI 48207-3101 |
| 26826707 | + | Yvonne Gahry, c/o Michael J. Behm, Esq., 209 Schwartz Drive, Flint, MI 48503-1803 |
| 26823260 | + | Zurich American Insurance Company, Denenberg Tuffley, PLLC, 28411 Northwestern Highway, Suite 600, Southfield, MI 48034-5531 |

TOTAL: 655

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 26604361 | + Email/Text: ap@almabolt.com | Feb 25 2021 21:36:00 | ABC Fastener Group Inc., PO Box 99, Alma, MI 48801-0099 |
| 26604362 | + Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 23:08:20 | ABC Supply Co., 1 ABC Parkway, Beloit, WI 53511-4466 |
| 26793190 | + Email/Text: ndiv.bkrpt.notice@airgas.com | Feb 25 2021 21:37:00 | Airgas USA LLC, 6055 Rockside Woods Blvd., Independence, OH 44131-2301 |
| 26611667 | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2021 21:36:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 26604367 | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2021 21:36:00 | Ally Financial, PO Box 9001948, Louisville, KY 40290-1948 |
| 26604399 | Email/Text: bmg.bankruptcy@centurylink.com | Feb 25 2021 21:37:00 | Century Link, P.O. Box 4300, Carol Stream, IL 60197-4300 |
| 26604401 | + Email/Text: ddulworth@clarkhill.com | Feb 25 2021 21:38:00 | Clark Hill PLC, 151 S. Old Woodward, Ste 200, Birmingham, MI 48009-6103 |
| 26812604 | + Email/Text: ddulworth@clarkhill.com | Feb 25 2021 21:38:00 | Clark Hill PLC, Attn: Madison Rodabough, 500 Woodward Avenue, Suite 3500, Detroit, MI 48226-3485 |
| 26604407 | + Email/Text: bankruptcy_notices@cmsenergy.com | Feb 25 2021 21:37:00 | Consumers Energy, Attn: Shaun M. Johnson, One Energy Plaza, Jackson, MI 49201-2357 |
| 26604423 | Email/Text: jlance@fosteroil.com | Feb 25 2021 21:36:00 | Foster Blue Water Oil, PO Box 430, Richmond, MI 48062-0430 |
| 26604438 | Email/Text: scd_bankruptcynotices@grainger.com | Feb 25 2021 21:37:00 | Grainger, Dept. 863984787, Palatine, IL 60038-0001 |
| 26604448 | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 23:09:30 | Home Depot, Attn: Teresa Wynn, 2455 Paces Ferry Rd. Nw, Atlanta, GA 30339 |
| 26604452 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2021 21:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 26604471 | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 23:08:19 | Lowe's, P.O. Box 530970, Atlanta, GA 30353-0970 |
| 26604484 | Email/Text: accountsreceivable@newkirk-electric.com | Feb 25 2021 21:36:00 | Newkirk Electric Associates, Inc., 1875 Roberts St., Muskegon, MI 49442 |
| 26604754 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 23:09:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26809127 | + Email/PDF: gecsedi@recoverycorp.com | Feb 25 2021 23:08:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 26604512 | Email/Text: bankruptcy@unum.com | Feb 25 2021 21:36:00 | UNUM Life Insurance Company of America, PO Box 409548, Atlanta, GA 30384-9548 |
| 26604513 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 25 2021 21:36:00 | Verizon Wireless, 1095 Avenue of the Americas, New York, NY 10036-6704 |

District/off: 0645-1 | User: jkwia | Page 13 of 22
Date Rcvd: Feb 25, 2021 | Form ID: ntconfpV | Total Noticed: 674
TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| 26862368 | | Affiliated FM Insurance Company |
| 26822013 | | Allianz Global Risks US Insurance Company |
| 26862369 | | Altman Management, LLC |
| 26822018 | | American Bankers Insurance Company of Florida |
| 26862370 | | American Guarantee & Liability Insurance Company |
| 26822063 | | American Security Insurance Company |
| 26862371 | | Axis Surplus Insurance Company |
| 26862454 | | Certain Underwriters Lloyd's-DNAPF006484-00-Tri-Ci |
| 26862448 | | Certain Underwriters Lloyd's-MIFL00631003-Michels |
| 26862425 | | Certain Underwriters Lloyd's-NCIP407517-2019-Harri |
| 26862424 | | Certain Underwriters Lloyd's-NCIP427616-2019-Gehrc |
| 26862452 | | Certain Underwriters Lloyd's-NCIP576330-2019-Sprag |
| 26862453 | | Certain Underwriters Lloyd's-NCIP616384-Thomas |
| 26862423 | | Certain Underwriters Lloyd's-NCIP648136-2019-Chad |
| 26862444 | | Certain Underwriters Lloyd's-NCIP660734-2019-Huver |
| 26862447 | | Certain Underwriters Lloyd's-NCIP807996-2020-Micha |
| 26862446 | | Certain Underwriters Lloyd's-NCIP823658-Lynch |
| 26862449 | | Certain Underwriters Lloyd's-NCIP844682-2020-Neima |
| 26862450 | | Certain Underwriters Lloyd's-NCIP878669-Parsons |
| 26862422 | | Certain Underwriters Lloyd's-VPC-CN0000010-05-Altm |
| 26862451 | | Certain Underwriters lloyd's-NCIP303385-2020-Reaum |
| 26862445 | | Certain underwriters Lloyd's-NCIP750302-Kabat |
| 26862403 | | Citizens Insurance Company of America |
| 26862404 | | Citizens Insurance Company of Midwest |
| 26862405 | | Conifer Insurance Company |
| 26862456 | | Dairyland Insurance Company |
| 26862406 | | Essentia Insurance Company |
| 26862407 | | Factory Mutual Insurance Company |
| 26862408 | | Farm Bureau General Insurance Company of Michigan |
| 26862455 | | Florists Mutual Insurance Company Hortica |
| 26822080 | | Frankenmuth Mutual Insurance Company |
| 26822247 | | Great American Insurance Company of New York |
| 26862409 | | Hastings Mutual Insurance |
| 26822312 | | Hiscox Syndicates Limited |
| 26862410 | | Houston Casualty Company, Ref. No. B128417631W20, |
| 26862411 | | Independent Specialty Insurance Company |
| 26862412 | | Indiana Harbor Insurance Co. |
| 26862413 | | Interstate Fire & Casualty Company |
| 26862414 | | Lexington Insurance Company |
| 26822314 | | Liberty Mutual Insurance Company |
| 26862415 | | Meemic Insurance |
| 26862416 | | National Fire & Marine Insurance |
| 26862417 | | Pioneer Mutual Insurance Company |
| 26862418 | | Princeton Excess and Surplus Lines Insurance Compa |
| 26822315 | | Progressive Marathon Insurance Company |
| 26822316 | | Progressive Michigan Insurance Company |
| 26822318 | | Safeco Insurance Company |
| 26824678 | | State Farm Mutual Automobile Insurance Company |
| 26862419 | | Telephone & Data Systems, Inc. |
| 26862420 | | Trisura Specialty Insurance Company |
| 26822319 | | Westport Insurance Corporation |
| 26862421 | | Zurich American Insurance Company |
| 26813104 | *+ | Erik W. Nielsen, Nielsen, Zehe & Antas, P.C., 55 West Monroe Street, Suite 1800, Chicago, IL 60603-5037 |
| 26825024 | *+ | James B Rasor, 201 E Fourth St, Royal Oak, MI 48067-2606 |
| 26824980 | *+ | Lisa Fink, c/o Bagley & Langan, PLLC, 6557 highland Road, Waterford MI 48327-1655 |

| District/off: 0645-1 | User: jkwia | Page 14 of 22 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: ntconfpV | Total Noticed: 674 |

| 26825016 | *+ | Todd Weglarz, 19390 W 10 Mile Rd., Southfield, MI 48075-2458 |
|---|---|---|
| 26824857 | *+ | Todd Weglarz, 19390 W. Ten Mile, Southfield, MI 48075-2458 |
| 26604396 | ##+ | Carlson Software, Inc., 102 W. Second St., Ste 200, Maysville, KY 41056-1035 |

TOTAL: 53 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew C. Thompson | on behalf of Creditor Billings Township AThompson@pdkg.com hgraham@pdkg.com |
| Barbara A. Patek | on behalf of Creditor Adrian Wise pateklaw@gmail.com |
| Barbara A. Patek | on behalf of Creditor Jillian Wise pateklaw@gmail.com |
| Barbara A. Patek | on behalf of Creditor Jeffrey Kaylor pateklaw@gmail.com |
| Barbara A. Patek | on behalf of Creditor Adam Riggie pateklaw@gmail.com |
| Barbara A. Patek | on behalf of Creditor Amy Kaylor pateklaw@gmail.com |
| Bruce N. Moss | on behalf of Creditor Essentia Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-NIP878669-Parsons bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-NCIP823658-Lynch bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Princeton Excess and Surplus Lines Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Trisura Specialty Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor American Guarantee and Liability Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor MEEMIC Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Factory Mutual Insurance Company bmoss@dt-law.com |
| Bruce N. Moss | on behalf of Creditor Certain Underwriters-Lloyd's-NCIP844682-2020-Neiman bmoss@dt-law.com |

District/off: 0645-1                          User: jkwia                              Page 15 of 22
Date Rcvd: Feb 25, 2021                       Form ID: ntconfpV                        Total Noticed: 674

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP648136-2019-Chad bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Farm Bureau General Insurance Company of Michigan bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP303385-2020-Reaume bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP807996-2020-Michael bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP576330-2019-Sprague bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Hastings Mutual Insurance Co. bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Axis Surplus bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP750302-Kabat bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Citizens Insurance Company of Midwest bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP660734-2019-Huver bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-MIFL00631003-Michels bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Zurich American Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Indian Harbor Insurance Co. bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Telephone & Data Systems  Inc. bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor National Fire & Marine Insurance bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Citizens Insurance Company of America bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Conifer Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Independent Specialty Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Affiliated FM Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Dairyland Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Pioneer Mutual Insurance Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Altman Management  LLC bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP616384-Thomas bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP427616-2019-Gehrchke bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-DNAPF006484-00-Tri-City bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Certain Underwriters-Lloyd's-NCIP407517-2019-Harris bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Interstate Fire & Casualty Company bmoss@dt-law.com

Bruce N. Moss

on behalf of Creditor Houston Casualty Company bmoss@dt-law.com

District/off: 0645-1                          User: jkwia                              Page 16 of 22
Date Rcvd: Feb 25, 2021                    Form ID: ntconfpV                        Total Noticed: 674

Bruce N. Moss
on behalf of Creditor United Specialty Insurance Company bmoss@dt-law.com

Bruce N. Moss
on behalf of Creditor Certain Underwriters-Lloyd's-VPC-CN0000010-05-Altman bmoss@dt-law.com

Bruce N. Moss
on behalf of Creditor Florists Mutual Insurance Company Hortica bmoss@dt-law.com

Bruce N. Moss
on behalf of Creditor Indiana Harbor Insurance Co. bmoss@dt-law.com

Bruce N. Moss
on behalf of Creditor Lexington Insurance Company bmoss@dt-law.com

Celeste R. Gill
on behalf of Creditor Michigan Department of Natural Resources gillc1@michigan.gov  WierengaJ1@michigan.gov

Celeste R. Gill
on behalf of Creditor Michigan Department of Environment  Great Lakes, and Energy gillc1@michigan.gov, WierengaJ1@michigan.gov

Charles D. Bullock
on behalf of Creditor Michael Mercer cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Jillian Wise cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Cassandra Colley cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Matthew S. Smith cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Adam Riggie cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Charles Colley cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Amy Kaylor cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Adrian Wise cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Jeffrey Kaylor cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor The Mass Coalition cbullock@sbplclaw.com  lhaas@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Sanford Hardware 1  LLC cbullock@sbplclaw.com, lhaas@sbplclaw.com

Craig S. Schoenherr, Sr.
on behalf of Creditor Ally Bank ecf@orlaw.com

Danielle Allison-Yokom
on behalf of Creditor Michigan Department of Environment  Great Lakes, and Energy allisonyokomd@michigan.gov, WierengaJ1@michigan.gov;GibsonJ16@michigan.gov

Danielle Allison-Yokom
on behalf of Creditor Michigan Department of Natural Resources allisonyokomd@michigan.gov WierengaJ1@michigan.gov;GibsonJ16@michigan.gov

David Dubin
on behalf of Creditor Debra Kroening ddubin@ldclassaction.com

David A. Tilem
on behalf of Creditor Lee Mueller DavidTilem@TilemLaw.com  staff@tilemlaw.com

David A. Tilem
on behalf of Creditor Michele Mueller DavidTilem@TilemLaw.com  staff@tilemlaw.com

David L. Powers
on behalf of Creditor Gerace Construction Company dpowers@smpklaw.com  arex@smpklaw.com;shougaard@smpklaw.com

David Lawrence Puskar
on behalf of Creditor Pat's Gradall Service  Inc. davpus@braunkendrick.com, brirei@braunkendrick.com;kelspe@braunkendrick.com

David Lawrence Puskar

District/off: 0645-1                           User: jkwia                                Page 17 of 22
Date Rcvd: Feb 25, 2021                        Form ID: ntconfpV                          Total Noticed: 674

on behalf of Creditor City of Midland davpus@braunkendrick.com  brirei@braunkendrick.com;kelspe@braunkendrick.com

Edward M Turfe
                   on behalf of Creditor Allstate Insurance Company edturfe@turfelaw.com

Edward M Turfe
                   on behalf of Creditor Allstate Indemnity Company edturfe@turfelaw.com

Edward M Turfe
                   on behalf of Creditor Allstate Northbrook Indemnity Company edturfe@turfelaw.com

Edward M Turfe
                   on behalf of Creditor Allstate Vehicle and Property Insurance Company edturfe@turfelaw.com

Edward M Turfe
                   on behalf of Creditor Allstate New Jersey Insurance Company edturfe@turfelaw.com

Edward M Turfe
                   on behalf of Creditor Allstate Property and Casualty Insurance Company edturfe@turfelaw.com

Edward M Turfe
                   on behalf of Creditor Allstate Fire and Casualty Insurance Company edturfe@turfelaw.com

Edward M Turfe
                   on behalf of Creditor Allstate Texas Lloyds edturfe@turfelaw.com

Edward M Turfe
                   on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company edturfe@turfelaw.com

Elliot G. Crowder
                   on behalf of Creditor Charles Colley ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Adrian Wise ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Adam Riggie ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Amy Kaylor ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Michael Mercer ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Cassandra Colley ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor The Mass Coalition ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Jeffrey Kaylor ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Jillian Wise ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Sanford Hardware 1  LLC ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Elliot G. Crowder
                   on behalf of Creditor Matthew S. Smith ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Ernest Hassan
                   on behalf of Creditor Michael Mercer ehassan@sbplclaw.com  lhaas@sbplclaw.com

Ernest Hassan
                   on behalf of Creditor Charles Colley ehassan@sbplclaw.com  lhaas@sbplclaw.com

Ernest Hassan
                   on behalf of Creditor Matthew S. Smith ehassan@sbplclaw.com  lhaas@sbplclaw.com

Ernest Hassan
                   on behalf of Creditor Sanford Hardware 1  LLC ehassan@sbplclaw.com, lhaas@sbplclaw.com

Ernest Hassan
                   on behalf of Creditor Cassandra Colley ehassan@sbplclaw.com  lhaas@sbplclaw.com

Henry L. Knier, Jr.
                   on behalf of Creditor Gerace Construction Company bankruptcy@smpklaw.com  hknier@smpklaw.com

Howard M. Borin
                   on behalf of Creditor Holly Johnson hborin@schaferandweiner.com
                   jburns@schaferandweiner.com;nmack@schaferandweiner.com

District/off: 0645-1                          User: jkwia                                    Page 18 of 22
Date Rcvd: Feb 25, 2021                     Form ID: ntconfpV                            Total Noticed: 674

Howard M. Borin

on behalf of Creditor Timothy D. Dana hborin@schaferandweiner.com
jburns@schaferandweiner.com;nmack@schaferandweiner.com

Howard M. Borin

on behalf of Creditor Kimberly Borchard hborin@schaferandweiner.com
jburns@schaferandweiner.com;nmack@schaferandweiner.com

Howard M. Borin

on behalf of Creditor Holly Kovacs hborin@schaferandweiner.com
jburns@schaferandweiner.com;nmack@schaferandweiner.com

Howard M. Borin

on behalf of Creditor Robert Woods hborin@schaferandweiner.com
jburns@schaferandweiner.com;nmack@schaferandweiner.com

Ian S. Bolton

on behalf of Creditor Karl Kacel ianboltonlaw@gmail.com  barbie51766@gmail.com

Jane Derse Quasarano

on behalf of Creditor Mike Callan jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jane Derse Quasarano

on behalf of Creditor Gorgia Masouridis Moore jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jane Derse Quasarano

on behalf of Creditor Daryl Zelenak jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jane Derse Quasarano

on behalf of Creditor Michelle Hill jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jane Derse Quasarano

on behalf of Creditor Regan Wieland jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jane Derse Quasarano

on behalf of Creditor Suzette Gay Zelenak jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jane Derse Quasarano

on behalf of Creditor James Beath jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jane Derse Quasarano

on behalf of Creditor Heidi Kidd jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jane Derse Quasarano

on behalf of Creditor James Paquette jquasarano@bodmanlaw.com  tvasser@bodmanllp.com

Jayson E. Blake

on behalf of Creditor Joe Bruneau jeblake@mcalpinepc.com  mlmcalpine@mcalpinepc.com

Jayson E. Blake

on behalf of Creditor Osro Randall jeblake@mcalpinepc.com  mlmcalpine@mcalpinepc.com

Jayson E. Blake

on behalf of Creditor Alicia Mrdutt jeblake@mcalpinepc.com  mlmcalpine@mcalpinepc.com

Jayson E. Blake

on behalf of Creditor Dana Ralko jeblake@mcalpinepc.com  mlmcalpine@mcalpinepc.com

Jayson E. Blake

on behalf of Creditor Mary Randall jeblake@mcalpinepc.com  mlmcalpine@mcalpinepc.com

Jayson E. Blake

on behalf of Creditor David Phillips jeblake@mcalpinepc.com  mlmcalpine@mcalpinepc.com

Jayson E. Blake

on behalf of Creditor Patty Ralko jeblake@mcalpinepc.com  mlmcalpine@mcalpinepc.com

Jayson E. Blake

on behalf of Creditor James Mrdutt jeblake@mcalpinepc.com  mlmcalpine@mcalpinepc.com

Jeffery Jon Sattler

on behalf of Creditor Timothy D. Dana jsattler@schaferandweiner.com  lfernandez@schaferandweiner.com

Jeffery Jon Sattler

on behalf of Creditor Kimberly Borchard jsattler@schaferandweiner.com  lfernandez@schaferandweiner.com

Jeffery Jon Sattler

on behalf of Creditor Holly Johnson jsattler@schaferandweiner.com  lfernandez@schaferandweiner.com

Jeffery Jon Sattler

on behalf of Creditor Robert Woods jsattler@schaferandweiner.com  lfernandez@schaferandweiner.com

Jeffery Jon Sattler

District/off: 0645-1                          User: jkwia                                    Page 19 of 22
Date Rcvd: Feb 25, 2021                       Form ID: ntconfpV                             Total Noticed: 674

on behalf of Creditor Holly Kovacs jsattler@schaferandweiner.com  lfernandez@schaferandweiner.com

Jonathan E. Lauderbach

on behalf of Creditor Four Lakes Task Force jlauderbach@wnj.com

Jonathan E. Lauderbach

on behalf of Creditor Gerace Construction Company jlauderbach@wnj.com

Kimberly Bedigian

on behalf of Creditor Matthew S. Smith kbedigian@sbplclaw.com

Kimberly Bedigian

on behalf of Creditor The Mass Coalition kbedigian@sbplclaw.com

Kimberly Bedigian

on behalf of Creditor Sanford Hardware 1  LLC kbedigian@sbplclaw.com

Kimberly Bedigian

on behalf of Creditor Charles Colley kbedigian@sbplclaw.com

Kimberly Bedigian

on behalf of Creditor Cassandra Colley kbedigian@sbplclaw.com

Kimberly Bedigian

on behalf of Creditor Michael Mercer kbedigian@sbplclaw.com

Leon N. Mayer

on behalf of Creditor Holly Johnson lnmayer@schaferandweiner.com  lfernandez@schaferandweiner.com

Leon N. Mayer

on behalf of Creditor Timothy D. Dana lnmayer@schaferandweiner.com  lfernandez@schaferandweiner.com

Leon N. Mayer

on behalf of Creditor Kimberly Borchard lnmayer@schaferandweiner.com  lfernandez@schaferandweiner.com

Leon N. Mayer

on behalf of Creditor Robert Woods lnmayer@schaferandweiner.com  lfernandez@schaferandweiner.com

Leon N. Mayer

on behalf of Creditor Holly Kovacs lnmayer@schaferandweiner.com  lfernandez@schaferandweiner.com

Lisa D. Starks

on behalf of Creditor Byline Bank lisa.starks@btlaw.com  Orlanda.Hauff@btlaw.com

Mark H. Shapiro

shapiro@steinbergshapiro.com
harmon@steinbergshapiro.com;MHS@trustesolutions.net;mi29@ecfcbis.com;jbrown@steinbergshapiro.com

Mark H. Shapiro

on behalf of Trustee Mark H. Shapiro shapiro@steinbergshapiro.com  jbrown@steinbergshapiro.com

Mark L. McAlpine

on behalf of Creditor James Mrdutt mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Mark L. McAlpine

on behalf of Creditor David Phillips mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Mark L. McAlpine

on behalf of Creditor Osro Randall mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Mark L. McAlpine

on behalf of Creditor Dana Ralko mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Mark L. McAlpine

on behalf of Creditor Patty Ralko mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Mark L. McAlpine

on behalf of Creditor Joe Bruneau mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Mark L. McAlpine

on behalf of Creditor Alicia Mrdutt mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Mark L. McAlpine

on behalf of Creditor Mary Randall mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Matthew E. McClintock

on behalf of Debtor In Possession Boyce Hydro Power  LLC MATTM@GOLDMCLAW.COM,
teresag@restructuringshop.com;ericg@goldmclaw.com

Matthew E. McClintock

on behalf of Interested Party Boyce Hydro Power  LLC MATTM@GOLDMCLAW.COM,
teresag@restructuringshop.com;ericg@goldmclaw.com

District/off: 0645-1                                    User: jkwia                                    Page 20 of 22
Date Rcvd: Feb 25, 2021                          Form ID: ntconfpV                          Total Noticed: 674

Matthew E. McClintock

on behalf of Debtor In Possession Boyce Hydro  LLC MATTM@GOLDMCLAW.COM, teresag@restructuringshop.com;ericg@goldmclaw.com

Matthew Hale Morgan

on behalf of Creditor Cable Class Plaintiffs morgan@nka.com

Michael D. Lieberman

on behalf of Creditor Jillian Wise mike@lgcpllc.com  mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Amy Kaylor mike@lgcpllc.com  mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Jeffrey Kaylor mike@lgcpllc.com  mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Adam Riggie mike@lgcpllc.com  mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Adrian Wise mike@lgcpllc.com  mlieberman6160@yahoo.com

Michael E. Baum

on behalf of Creditor Timothy D. Dana mbaum@schaferandweiner.com jburns@schaferandweiner.com;nmack@schaferandweiner.com

Michael E. Baum

on behalf of Creditor Holly Johnson mbaum@schaferandweiner.com jburns@schaferandweiner.com;nmack@schaferandweiner.com

Michael E. Baum

on behalf of Creditor Kimberly Borchard mbaum@schaferandweiner.com jburns@schaferandweiner.com;nmack@schaferandweiner.com

Michael E. Baum

on behalf of Creditor Robert Woods mbaum@schaferandweiner.com jburns@schaferandweiner.com;nmack@schaferandweiner.com

Michael E. Baum

on behalf of Creditor Holly Kovacs mbaum@schaferandweiner.com jburns@schaferandweiner.com;nmack@schaferandweiner.com

Nathan A. Gambill

on behalf of Creditor Michigan Department of Natural Resources GambillN@michigan.gov WierengaJ1@michigan.gov;Gibson16@michigan.gov

Nathan A. Gambill

on behalf of Creditor Michigan Department of Environment  Great Lakes, and Energy GambillN@michigan.gov, WierengaJ1@michigan.gov;Gibson16@michigan.gov

Philip T. Carroll

on behalf of Creditor American Strategic Insurance Corporation pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor Great American Insurance Company of New York pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor Progressive Michigan Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor Liberty Mutual Insurance Company pcarroll@cozen.com  jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor Safeco Insurance Company pcarroll@cozen.com  jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor Westport Insurance Corporation pcarroll@cozen.com  jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor Frankenmuth Mutual Insurance Company pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor American Bankers Insurance Company of Florida pcarroll@cozen.com jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor Hiscox Syndicates Limited pcarroll@cozen.com  jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

District/off: 0645-1

Date Rcvd: Feb 25, 2021

User: jkwia

Form ID: ntconfpV

Page 21 of 22

Total Noticed: 674

on behalf of Creditor Progressive Marathon Insurance Company pcarroll@cozen.com
jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor American Security Insurance Company pcarroll@cozen.com  jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor Allianz Global Corporate & Specialty SE pcarroll@cozen.com
jgoeing@cozen.com;mpolicastro@cozen.com

Philip T. Carroll

on behalf of Creditor State Farm Mutual Automobile Insurance Company pcarroll@cozen.com
jgoeing@cozen.com;mpolicastro@cozen.com

Ralph E. McDowell

on behalf of Creditor Daryl Zelenak rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Regan Wieland rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Brad Phillion rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Michelle Hill rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor James Beath rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Gorgia Masouridis Moore rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Suzette Gay Zelenak rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Heidi Kidd rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor James Paquette rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Mike Callan rmcdowell@bodmanlaw.com

Rebekah L. Bailey

on behalf of Creditor Cable Class Plaintiffs bailey@nka.com

Robert J. Hahn

on behalf of Creditor Midland County rhahn@cmda-law.com  kueberroth@cmda-law.com;bmccarty@cmda-law.com

Robert J. Hahn

on behalf of Creditor Gladwin County rhahn@cmda-law.com  kueberroth@cmda-law.com;bmccarty@cmda-law.com

Ronna G. Jackson

on behalf of U.S. Trustee Andrew R. Vara Ronna.G.Jackson@usdoj.gov

Rozanne M. Giunta

on behalf of Creditor Four Lakes Task Force rgiunta@wnj.com  scardinal@wnj.com;GuintaRR81911@notify.bestcase.com

Scott Kwiatkowski

on behalf of Creditor Homrich Edenville Dam Class Plaintiffs scott@bk-lawyer.net

Sharon S. Almonrode

on behalf of Creditor Charles Colley ssa@millerlawpc.com  aad@millerlawpc.com

Sharon S. Almonrode

on behalf of Creditor Sanford Hardware 1  LLC ssa@millerlawpc.com, aad@millerlawpc.com

Sharon S. Almonrode

on behalf of Creditor Michael Mercer ssa@millerlawpc.com  aad@millerlawpc.com

Sharon S. Almonrode

on behalf of Creditor Cassandra Colley ssa@millerlawpc.com  aad@millerlawpc.com

Sharon S. Almonrode

on behalf of Creditor Matthew S. Smith ssa@millerlawpc.com  aad@millerlawpc.com

Thomas H. Trapnell

on behalf of Creditor James Mrdutt thtrapnell@mcalpinelawfirm.com

Thomas H. Trapnell

on behalf of Creditor Alicia Mrdutt thtrapnell@mcalpinelawfirm.com

District/off: 0645-1                    User: jkwia                              Page 22 of 22
Date Rcvd: Feb 25, 2021                 Form ID: ntconfpV                        Total Noticed: 674

Thomas H. Trapnell
               on behalf of Creditor Dana Ralko thtrapnell@mcalpinelawfirm.com

Thomas H. Trapnell
               on behalf of Creditor Joe Bruneau thtrapnell@mcalpinelawfirm.com

Thomas H. Trapnell
               on behalf of Creditor Mary Randall thtrapnell@mcalpinelawfirm.com

Thomas H. Trapnell
               on behalf of Creditor Patty Ralko thtrapnell@mcalpinelawfirm.com

Thomas H. Trapnell
               on behalf of Creditor David Phillips thtrapnell@mcalpinelawfirm.com

Thomas H. Trapnell
               on behalf of Creditor Osro Randall thtrapnell@mcalpinelawfirm.com


TOTAL: 207